IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL SVINDLAND and ALLISON SVINDLAND | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE A.I. DUPONT HOSPITAL FOR CHILDREN OF THE NEMOURS FOUNDATION, ET AL | | |
| | : | NO. 05-0417 |

CIVIL JUDGMENT

Before the Honorable Berle M. Schiller

      AND NOW, this 15th day of May, 2007, in accordance with the verdict sheet,

      IT IS ORDERED that Judgment be and the same is hereby entered in favor of the defendants and against the plaintiffs.

BY THE COURT:

_____
**Berle M. Schiller, J.**

Civ 1 (8/80)

civjud.frm