

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



PAUL SVINDLAND, et al : CIVIL ACTION
:
v. :
THE NEMOURS FOUNDATION, et al : NO. 05-417

CIVIL JUDGMENT

FILED
JUN 19 2009
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Before the Honorable Mary A. McLaughlin

AND NOW, this 19th day of June, 2009, in accordance with the Jury's Verdict on June 18, 2009,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of the plaintiffs, Paul Svindland and Allison Svindland as representatives of the Estate of Ian Svindland and against the defendants, The Nemours Foundation and William I. Norwood, M.D. PH.D. in the amount of $300,000. and in favor of the plaintiffs, Paul Svindland and Allison Svindland, in their own capacity and against the defendants, The Nemours Foundation and William I. Norwood, M.D., PH.D., in the amount of $350,000.

BY THE COURT

ATTEST:

Deputy Clerk

ENTERED
JUN 19 2009
CLERK OF COURT

Civ 1 (8/80)
civjud.frm