AO 133   (Rev. 11/08) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| Svindland | ) | |
| | ) | |
| v. | ) | Case No.: 05-CV-0417 |
| | ) | |
| The Nemours Foundation | ) | |
| | ) | |

## Bill of Costs

Judgment having been entered in the above entitled  __06/19/2009__  against  __Defendants_____ ,
                                                              *Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . . | | 29,189.83 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,863.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 5,690.66 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,055.40 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3,475.54 |
| TOTAL | $ | 41,274.43 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: __Frank M. McClellan, Esquire_____

| | | | |
|---|---|---|---|
| For: | Plaintiffs, Paul Svindland, et al | Date: | 08/07/2009 |
| | *Name of Claiming Party* | | |

Costs are taxed in the amount of  __$41,274.53_____  and included in the judgment.

| | | | |
|---|---|---|---|
| | By: _____ | | |
| *Clerk of Court* | *Deputy Clerk* | | *Date* |

AO 133  (Rev. 11/08)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Dr. Adre J. duPlessis<br>Boston, MA | 1 | 40.00 | 1 | 167.00 | | | $207.00 |
| Dr. Robert Hannan<br>Miami, FL | 2 | 80.00 | 2 | 334.00 | | | $414.00 |
| Dr. Harvey Rosen<br>Cleveland, OH | 2 | 80.00 | 2 | 334.00 | | | $414.00 |
| Dr. J. Gilbert Stone<br>New York, NY | 4 | 160.00 | 4 | 668.00 | | | $828.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $1,863.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) Total: $1,863.00**

| Name & Residence | Attendance | | Subsistence | | Total Cost | |
| | Days | Total cost | Days | Cost | Each witness | Year |
|---|---|---|---|---|---|---|
| Adre J. duPlessis<br>Boston, MA | 1 | 40.00 | 1 | 167.00 | 207.00 | 2007 |
| Robert Hannan, M.D.<br>Robert Hannan, MD<br>Miami, FL | 1<br>1 | 40.00<br>40.00 | 1<br>1 | 167.00<br>167.00 | 207.00<br>207.00 | 2007<br>2009 |
| Harvey Rosen<br>Harvey Rosen<br>Cleveland, OH | 1<br>1 | 40.00<br>40.00 | 1<br>1 | 167.00<br>167.00 | 207.00<br>207.00 | 2007<br>2009 |
| J. Gilbert Stone, M.D.<br>J. Gilbert Stone, MD<br>New York, NY | 1<br>3 | 40.00<br>120.00 | 1<br>3 | 167.00<br>501.00 | 207.00<br>621.00 | 2007<br>2009 |
| **Totals** | | **$360.00** | | **$1,503.00** | **$1,863.00** | |

**Fees for Court Reporter:  $29,189.83**

| Invoice Date | Description | Amount |
|---|---|---|
| 6/14/05 | DeCrescenzo video deposition of Dr. Kerins | 2,470.95 |
| 7/21/05 | DeCrescenzo video deposition of Dr. Duncan | 3,772.75 |
| | subtotal | 6,243.70 |
| | | |
| 1/10/07 | First Services deposition of Allison Svindland | 627.06 |
| 1/10/07 | First Services deposition of Paul Svindland | 351.39 |
| 1/10/07 | First Services deposition of Claude & Geraldine Pachini | 345.95 |
| 3/23/07 | Esquire Deposition Services | 948.40 |
| | subtotal | 2,272.80 |
| | | |
| 4/17/07 | Aaron Berkowitz deposition of Dr. Mintz | 386.25 |
| 5/03/07 | Aaron Berkowitz deposition of Dr. Zimmerman | 330.00 |
| 4/19/07 | Harvey Krauss deposition transcript of Dr. Zimmerman | 273.75 |
| 5/09/07 | First Service video transcript of Dr. Barnes | 1,189.30 |
| 7/06/07 | Obrien & Levine deposition of Dr. duPlessis | 531.40 |
| | subtotal | 2,710.70 |
| | | |
| 4/10/07 | James DeCrescenzo transcript of Dr. Barnes | 553.90 |
| 5/17/07 | Trial Technologies video production of trial proceedings | 7,889.27 |
| 9/10/07 | Esquire Depo. Service – transcript of Dr. Hyde | 1,372.80 |
| 12/03/07 | Esquire Depo. Service – transcript of Dr. Hannan | 544.50 |
| | subtotal | 10,360.47 |
| | | |
| 5/08/08 | Esquire Depo. Service – transcript of Dr. Stone | 354.35 |
| 10/21/08 | Diana Doman Hearing transcript | 23.32 |
| | sub total | 377.67 |
| | | |
| 3/10/09 | AZRS Rpt.  Transcript of Dr. Pollack | 385.20 |
| 3/11/09 | Diana Doman  (hearing transcript) | 160.19 |
| | subtotal | 545.39 |
| | | |
| 6/19/09 | Veritext hearing  transcript 5/07/07 – trial transcript 6/6, 10, 11,12,16 | 478.50 |
| 6/22/09 | Bill Heilman Video Service   6/9-6/16/09; 6/15-6/18/09 | 2,700.00 |
| 5/28/09 | Veritext  trial transcript Allison 5/4/07 | 111.10 |
| 7/01/09 | Veritext trial transcript | 989.30 |
| 7/01/09 | Veritext trial transcript Svindland cross | 15.40 |
| 7/02/09 | Veritext trial transcript of Dr. Warner | 541.20 |
| 7/02/09 | Veritext trial transcript of Dr. Baffa | 470.80 |
| 7/02/09 | Veritext trial transcript of Dr. Zimmerman | 114.40 |
| 7/02/09 | Veritext trial transcript of  Dr. Bailey | 444.40 |
| 7/16/09 | Veritext trial transcript Drs. Norwood & DiSanto | 814.00 |
| | subtotal | 6,679.10 |

**Fees and disbursements for printing/copying: $5,690.66**

| Invoice Date | Description | Amount |
|---|---|---|
| 9/29/04 | A.I. DuPont Hosp. for Children (copy) | 15.00 |
| 7/24/06 | McCann & Geshke (copies of records) | 12.25 |
| 8/29/06 | LRP Publications (medical records) | 166.00 |
| | **subtotal** | **193.25** |
| | | |
| 4/24/07 | McCann & Geschke – copying diskettes | 686.40 |
| 1/06/07 | Kline & Specter (copying) | 295.55 |
| 3/22/07 | Scott Memorial Library | 13.00 |
| 4/30/07 | Scott Memorial Library | 7.00 |
| 4/17/07 | reimb Theresa Blanco (copying) | 576.78 |
| | **subtotal** | **1,578.73** |
| | | |
| 4/27/07 | MCS – copying | 344.71 |
| 4/27/07 | MCS – exhibit boards & lamination | 205.44 |
| 5/01/07 | MCS – color exhibit boards | 597.00 |
| 5/04/07 | MCS – exhibit boards | 42.80 |
| 8/20/07 | MCS – velobinds | 96.30 |
| | **subtotal** | **1,286.25** |
| | | |
| 5/02/07 | color exhibit board | 381.60 |
| 6/10/09 | digital color mount | 202.23 |
| 3/02/07 | litigation copies, index tabs, drilling | 720.19 |
| 4/12/07 | Nemours Foundation copies of scans | 78.91 |
| 10/24/07 | reimburse McCann & Geschke (costs of disks and binders) | 686.40 |
| 11/28/08 | Donna Bitner (Conant Legal Copying) | 338.10 |
| 5/29/09 | Brian Appel – reimbursement (copying) | 67.70 |
| 9/16/05 | Florida Dept. of Health | 112.30 |
| 5/26/09 | U.S. District Court – copies of old records | 45.00 |
| | **subtotal** | **2,632.43** |

**Fees for In-House Costs – Total:  $3,475.54**

| Year | Copying | Faxes @ | Postage | Totals |
|------|---------|---------|---------|--------|
| 2004 | 1.25 | 0 | 0 | $1.25 |
| 2005 | 3.00 | 8.00 | 0 | $11.00 |
| 2006 | 181.40 | 51.25 | 7.83 | 240.48 |
| 2007 | 1,094.70 | 17.25 | 2.16 | 1,114.11 |
| 2008 | 92.40 | 0 | 0 | 92.40 |
| 2009 | 2,016.30 | 0 | 0 | 2,016.30 |
| Totals | $3,389.05 | $76.50 | $9.99 | $3,475.54 |

**Fees for Filing/Docketing:   $1,055.00**

| Invoice Date | Description | Amount |
| --- | --- | --- |
| 1/31/05 | Filing complaint | 150.00 |
| 6/11/07 | US district court – filing appeal | 455.00 |
| 6/05/09 | US court of appeals – filing mandamus | 450.00 |
| | | **$1,055.00** |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PAUL SVINDLAND, ET AL.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| **THE NEMOURS FOUNDATION, ET AL.** | : | **NO. 05-0417** |

**AFFIDAVIT OF FRANK M. MCCLELLAN**

<u>**IN SUPPORT OF THE BILL OF COSTS**</u>

**I, Frank M. McClellan, do hereby swear and aver as follows:**

1. **I am an attorney who represented the Plaintiffs at trail in the above captioned action that resulted in the entry of judgment in favor of the Plaintiffs against Defendants on June 19, 2009, following the jury trial.  The taxable costs for expenses necessarily incurred in litigating this case are set forth in this Petition, with supporting exhibits as follows:**

2. **The fee for court Reporters is $29,189.83. The itemization for that amount is set forth in Exhibit A.  The invoices supporting the itemization for Court Reporters are attached.**

3. **The fee and disbursements for Copying and Printing is $1,863.00. The itemization for those fess and disbursements is set forth in Exhibit B, with supporting documents.**

4. **The fee for exemplification and copies of any materials where the copies are necessarily obtained for use in this case is $5,690.66   The itemization for those costs is set forth in Exhibit C with supporting documents**

5. **The docketing fee is $1,055.40, and is set forth in exhibit D.**

6. **Other Costs: In-house-copying – total $3,475.54**

7. **Costs that were incurred but not taxable have been redacted from the exhibits.**

8. **The total for the Bill of Costs is $41,274.43**

**I declare that the foregoing and attached documentation are true and correct.**

**Fmm4796**

_____

**Frank M. McClellan, Esquire**

## <u>CERTIFICATE OF SERVICE</u>

I, Frank M. McClellan, attorney for Plaintiffs, certify that the original of the attached Bill of Costs was filed electronically with the Court and is available for viewing and downloading from the ECF system on August 10, 2009..

Eaton & McClellan

Fmm4796

By:    _____

Frank M. McClellan

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

PAUL SVINDLAND and ALLISON
SVINDLAND, as Parents and Natural
Guardians and Administrators of the
Estate of IAN SVINDLAND, a Minor
Deceased, and PAUL SVINDLAND
and ALLISON SVINDLAND,
Individually and in Their Own Right,
Plaintiffs

        v.                               No. 2:05-cv-00417-MAM

                                           JURY TRIAL DEMANDED

THE NEMOURS FOUNDATION and
WILLIAM I. NORWOOD, M.D., PH.D.,
Defendants

_____

## <u>ORDER</u>

       AND NOW, this _____ day of  August,  2009, after consideration of Plaintiffs' Petition for an award of Bill of Costs, it hereby ORDERED that the Defendants shall pay the following total costs:  $41,274.43.

       The itemization of the taxable costs that make up the total is as follows:

| | |
|---|---|
| Fees for Transcripts: | $29,1989.83 |
| Fees for witnesses | 1,863.00 |
| Fess for exemplification and copies | 5,690.66 |
| Docket fees under 28 U.S.C. 1923 | 1055.40 |
| Other costs | 3,475.54 |

**BY THE CLERK:**

_____

**Fees for Court Reporter:  $29,189.83**

| Invoice Date | Description | Amount |
|---|---|---|
| 6/14/05 | DeCrescenzo video deposition of Dr. Kerins | 2,470.95 |
| 7/21/05 | DeCrescenzo video deposition of Dr. Duncan | 3,772.75 |
| | **subtotal** | **6,243.70** |
| | | |
| 1/10/07 | First Services deposition of Allison Svindland | 627.06 |
| 1/10/07 | First Services deposition of Paul Svindland | 351.39 |
| 1/10/07 | First Services deposition of Claude & Geraldine Pachini | 345.95 |
| 3/23/07 | Esquire Deposition Services | 948.40 |
| | **subtotal** | **2,272.80** |
| | | |
| 4/17/07 | Aaron Berkowitz deposition of Dr. Mintz | 386.25 |
| 5/03/07 | Aaron Berkowitz deposition of Dr. Zimmerman | 330.00 |
| 4/19/07 | Harvey Krauss deposition transcript of Dr. Zimmerman | 273.75 |
| 5/09/07 | First Service video transcript of Dr. Barnes | 1,189.30 |
| 7/06/07 | Obrien & Levine deposition of Dr. duPlessis | 531.40 |
| | **subtotal** | **2,710.70** |
| | | |
| 4/10/07 | James DeCrescenzo transcript of Dr. Barnes | 553.90 |
| 5/17/07 | Trial Technologies video production of trial proceedings | 7,889.27 |
| 9/10/07 | Esquire Depo. Service – transcript of Dr. Hyde | 1,372.80 |
| 12/03/07 | Esquire Depo. Service – transcript of Dr. Hannan | 544.50 |
| | **subtotal** | **10,360.47** |
| | | |
| 5/08/08 | Esquire Depo. Service – transcript of Dr. Stone | 354.35 |
| 10/21/08 | Diana Doman Hearing transcript | 23.32 |
| | **sub total** | **377.67** |
| | | |
| 3/10/09 | AZRS Rpt.   Transcript of Dr. Pollack | 385.20 |
| 3/11/09 | Diana Doman (hearing transcript) | 160.19 |
| | **subtotal** | **545.39** |
| | | |
| 6/19/09 | Veritext hearing  transcript 5/07/07 – trial transcript  6/6, 10, 11,12,16 | 478.50 |
| 6/22/09 | Bill Heilman Video Service   6/9-6/16/09; 6/15-6/18/09 | 2,700.00 |
| 5/28/09 | Veritext  trial transcript Allison 5/4/07 | 111.10 |
| 7/01/09 | Veritext trial transcript | 989.30 |
| 7/01/09 | Veritext trial transcript Svindland cross | 15.40 |
| 7/02/09 | Veritext trial transcript of Dr. Warner | 541.20 |
| 7/02/09 | Veritext trial transcript of Dr. Baffa | 470.80 |
| 7/02/09 | Veritext trial transcript of Dr. Zimmerman | 114.40 |
| 7/02/09 | Veritext trial transcript of  Dr. Bailey | 444.40 |
| 7/16/09 | Veritext trial transcript Drs. Norwood & DiSanto | 814.00 |
| | **subtotal** | **6,679.10** |

RECEIVED JUN 1 5 2005

**James DeCrescenzo Reporting, LLC**
1880 JFK Blvd., 6th Floor
Philadelphia, PA 19103
Phone: 215.564.3905
Fax: 215.751.0581



THERESA M. BLANCO, ESQUIRE
EATON & MCCLELLAN (PHL)
230 SOUTH BROAD STREET
THIRD FLOOR
PHILADELPHIA, PA 19102

## *Invoice #76068*

| Date | Terms |
|------|-------|
| 06/14/2005 | Due Upon Receipt |

| Assignment | Case | File | Shipped | Shipped Via |
|-----------|------|------|---------|-------------|
| 05/11/2005 | SVINDLAND, PAUL & ALLISON vs. THE A I DUP... | 4160 | 06/06/2005 | Hand |

| Description | Amount |
|-------------|--------|
| **Original Transcript Video Deposition of Paul Kerins**  TRANSCRIPT O & 1 | $ 2,451.00 |
| | $ 2,451.00 |

| | |
|---|---|
| Subtotal: | $ 2,451.00 |
| State Tax 7%: | $ 19.95 |
| Amount Due: | $ 2,470.95 |
| Paid: | $ 0.00 |

| Balance Due: | $ 2,470.95 |
|--------------|------------|
| Payment Due: | 07/14/2005 |



**TAX ID NUMBER 23-2260771**

EXHIBIT A

RECEIVED JUL 2 2005

**James DeCrescenzo Reporting, LLC**
1880 JFK Blvd., 6th Floor
Philadelphia, PA 19103
Phone: 215.564.3905
Fax: 215.751.0581



THERESA M. BLANCO, ESQUIRE
EATON & MCCLELLAN (PHL)
230 SOUTH BROAD STREET
THIRD FLOOR
PHILADELPHIA, PA 19102

## *Invoice #76701*

| Date | Terms |
|------|-------|
| 07/21/2005 | Due Upon Receipt |

| Assignment | Case | File | Shipped | Shipped Via |
|------------|------|------|---------|-------------|
| 06/09/2005 | SWINDLAND, PAUL & ALLISON vs. THE A I DUP... | 4160 | 07/20/2005 | Hand |

| Description | Amount |
|-------------|--------|
| Original Transcript VIDEO DEPOSITION of DANIEL R. DUNCAN, BS, CCP | |
| ROUGH ASCII O&1 | $ 3,739.50 |
| | $ 3,739.50 |

| | |
|---|---|
| Subtotal: | $ 3,739.50 |
| State Tax 7%: | $ 33.25 |
| Amount Due: | $ 3,772.75 |
| Paid: | $ 0.00 |

| Balance Due: | $ 3,772.75 |
|--------------|-----------|
| Payment Due: | 08/20/2005 |

**TAX ID NUMBER 23-2260771**

pd 1-19-06
CK# 3173
3,772.75

Re: Svindland Invoices                                                    Page 1 of 1

**From:** Lavern <ylegolf@earthlink.net>
**To:** eatonmcc@aol.com <eatonmcc@aol.com>
**Subject:** Re: Svindland Invoices
**Date:** Tue, Aug 4, 2009 5:03 pm

Nope not off hand but I'll see if I can find out tonight when I get to the computer.

La'Vern Denise

On Aug 4, 2009, at 15:51, eatonmcc@aol.com wrote:

> Thanks Lavern,
>
> You have an expense for Esquire (last entry on your sheet).  Do you know who that was for?
>
> Annie
>
>
> -----Original Message-----
> From: Lavern Wiley <ylegolf@earthlink.net>
> To: eatonmcc@aol.com; fmedmal@aol.com
> Sent: Fri, Jul 31, 2009 10:32 am
> Subject: Svindland Invoices
>
> Hi Frank/ Annie   I called Veritex this morning to get the names of the persons who were deposed.
>
>> Invoice /Job number  57428 was Allison Svindland
>> Invoice /Job number  57430 was Paul Svindland and
>> Invoice /Job number  58626 was for Claude and Geraldine Pachini  .
>
> I've inserted these into the print out from Quickbooks (see the attached)
>
>
> La'Vern Denise Wiley
> ylegolf@earthlink.net

Svindland Invoices                                                                          Page 1 of 1

**From:** Lavern Wiley <ylegolf@earthlink.net>
**To:** eatonmcc@aol.com; fmedmal@aol.com
**Subject:** Svindland Invoices
**Date:** Fri, Jul 31, 2009 10:33 am
**Attachments:** Svindland_Costs_file.pdf (53K)

---

Hi Frank/ Annie   I called Veritex this morning to get the names of the persons who were deposed.

Invoice /Job number  57428 was Allison Svindland
Invoice /Job number  57430 was Paul Svindland and
Invoice /Job number  58626 was for Claude and Geraldine Pachini  .

I've inserted these into the print out from Quickbooks (see the attached)

La'Vern Denise Wiley
ylegolf@earthlink.net

Accounting Ledger for Svindland                                    Page 1 of 1

**From:** Lavern Wiley <ylegolf@earthlink.net>
**To:** eatonmcc@aol.com; fmedmal@aol.com
**Subject:** Accounting Ledger for Svindland
**Date:** Fri, Jul 31, 2009 4:31 am

HI Frank, I looked at the  document I faxed to you earlier and realized that it contained the full information in the MEMO column  (that is, the info available to me at the time of input) .  The numbers to the right of the words  "deposition of...."  are the invoice/ order  numbers on the bills received from First Services Ltd.,   Usually I'll input the name of the deponent from the invoice...... so my guess is that the invoice  did not contain the name of the person being deposed so I just put the invoice /order number.   I'll call Annie Friday morning to see if she has a phone number for First Services They should be able to tell us who the deponent was based on the invoice/order  numbers.

La'Vern Wiley
ylegolf@earthlink.net

10:22 AM
07/31/09
Accrual Basis

## The EATON LAW FIRM, PLLC
## Income by Customer Detail
### January 1, 2001 through December 30, 2008

| Type | Date | Name | Source Name | Memo |
|---|---|---|---|---|
| **Svindland, Ian C. (Delaware) #501** | | | | |
| Bill | 9/24/2004 | Svindland, Ian C. (Delaware) #501 | Jorge W. Ojito, B.S. C.C.P. | Svindland, Ian C. Review of Medical Records |
| Bill | 12/6/2004 | Svindland, Ian C. (Delaware) #501 | Christopher F. Tirotta, MD | 1.5 Hours (Expert Review) |
| Bill | 12/6/2004 | Svindland, Ian C. (Delaware) #501 | Christopher F. Tirotta, MD | .5 Hours (Expert Review) |
| Bill | 6/15/2005 | Svindland, Ian C. (Delaware) #501 | Sprint | May Invoice |
| Bill | 3/1/2006 | Svindland, Ian C. (Delaware) #501 | Norman Silverman, M.D. | Review of Echocardiograms |
| Bill | 6/9/2006 | Svindland, Ian C. (Delaware) #501 | J. Gilbert Stone, MD | 25% divided by 14 |
| Bill | 6/12/2006 | Svindland, Ian C. (Delaware) #501 | Practical Healthcare Solutions, LLC | 1/14th of 50% of Costs |
| Bill | 6/12/2006 | Svindland, Ian C. (Delaware) #501 | Margolis & Company, PC | 1/15th Attend Ruley Depo |
| Bill | 6/12/2006 | Svindland, Ian C. (Delaware) #501 | Margolis & Company, PC | 1/15th Attend Todd Deposition |
| Bill | 8/17/2006 | Svindland, Ian C. (Delaware) #501 | Hyde Consulting Group, LLC | Expert Assistance |
| Bill | 8/29/2006 | Svindland, Ian C. (Delaware) #501 | LRP Publications | Verdict Finder Data Base |
| Bill | 8/29/2006 | Svindland, Ian C. (Delaware) #501 | U.P.S. | To:  John C Hyde PHD |
| Bill | 9/8/2006 | Svindland, Ian C. (Delaware) #501 | Hyde Consulting Group, LLC | Expert Assistance |
| Bill | 9/23/2006 | Svindland, Ian C. (Delaware) #501 | U.P.S. | To: Hyde Consulting Company |
| Bill | 12/1/2006 | Svindland, Ian C. (Delaware) #501 | Theressa Blanco, Esq. | Medical Literature (Svindland) |
| Bill | 12/1/2006 | Svindland, Ian C. (Delaware) #501 | Theressa Blanco, Esq. | Fed Ex (1/2) |
| Bill | 12/1/2006 | Svindland, Ian C. (Delaware) #501 | Theressa Blanco, Esq. | Trial Smith Research (Svindland) |
| Bill | 12/1/2006 | Svindland, Ian C. (Delaware) #501 | Theressa Blanco, Esq. | Dr. Hannan Travel (Svindland) |
| Bill | 12/1/2006 | Svindland, Ian C. (Delaware) #501 | Theressa Blanco, Esq. | Attorney's Medical Services  (Witness Research) Svindland |
| Bill | 12/9/2006 | Svindland, Ian C. (Delaware) #501 | Wellness Community-Greater Miami, Inc. | Donation in lieu of fee to Dr. Robert Hannan) |
| Bill | 12/9/2006 | Svindland, Ian C. (Delaware) #501 | St Thomas Episcopal Parish | On Behalf of Dr. Hannon |
| Bill | 12/19/2006 | Svindland, Ian C. (Delaware) #501 | FP&S of LLUSM | Review of Records - |
| Bill | 1/10/2007 | Svindland, Ian C. (Delaware) #501 | First Services, Ltd | Deposition of Allison Svindland   (57428) |
| Bill | 1/10/2007 | Svindland, Ian C. (Delaware) #501 | First Services, Ltd | Deposition of  Paul Svindland    (57430) |
| Bill | 1/10/2007 | Svindland, Ian C. (Delaware) #501 | First Services, Ltd | Depo. of Claude & Geraldine Pachini  (58626) |
| Bill | 1/17/2007 | Svindland, Ian C. (Delaware) #501 | J. Gilbert Stone, MD | Expert Review |
| Bill | 3/23/2007 | Svindland, Ian C. (Delaware) #501 | Esquire Deposition Svcs., LLC | Depo:  Svindland Case |

Total Svindland, Ian C. (Delaware) #501

**TOTAL**

10:22 AM

07/31/09

Accrual Basis

## The EATON LAW FIRM, PLLC
## Income by Customer Detail
### January 1, 2001 through December 30, 2008

| Account | Paid | Amount |
|---|---|---|
| Experts | Paid | -2,000.00 |
| Consulting | Paid | -1,125.00 |
| Consulting | Paid | -375.00 |
| Telephone | Paid | -3.91 |
| Experts | Paid | -500.00 |
| Experts | Paid | -265.18 |
| Experts | Paid | -392.86 |
| Experts | Paid | -157.50 |
| Experts | Paid | -125.42 |
| Experts | Paid | -1,600.00 |
| Medical Records | Paid | -165.00 |
| Delivery/Overni | Paid | -24.98 |
| Experts | Paid | -9,587.50 |
| Delivery/Overni | Paid | -20.96 |
| Consulting | Paid | -125.00 |
| Delivery/Overni | Paid | -56.96 |
| Consulting | Paid | -120.00 |
| Airline Ticket | Paid | -163.00 |
| Research | Paid | -800.00 |
| Experts | Paid | -1,000.00 |
| Donations | Paid | -2,000.00 |
| Experts | Paid | -2,000.00 |
| Court Reporters | Paid | -627.06 |
| Court Reporters | Paid | -351.39 |
| Court Reporters | Paid | -345.95 |
| Experts | Paid | -4,200.00 |
| Court Reporters | Paid | -948.40 |
| | | -29,081.07 |
| | | -29,081.07 |



**AARON BERKOWITZ, R.P.R., C. R.**
RECEIVED APR 2 3 2007

REGISTERED PROFESSIONAL REPO.
887 BARNSWALLOW LANE
HUNTINGDON VALLEY, PENNSYLVANIA 19006

(215) 947-6719
FAX: (215) 947-5630

## STATEMENT

April 17, 2007          **INVOICE #** 4403

O:

Eaton & McClellan
Attn: Theresa M. Blanco, Esq.
230 S. Broad Street - 3rd Floor
Philadelphia, PA 19102

**RE:** Svindland v. The Nemours Foundation
and Wm. L. Norwood, MD
Deposition of: Mark MIntz, M.D.

TAKEN: SATURDAY, APRIL 14, 2007.

SS# 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

| | |
|---|---|
| Orig. and copy of the testimony of Doctor MIntz, taken in the aforementioned matter on the above referenced date: 99 pgs @$3.75 ppg.......... (Medical testimony/Saturday (weekend) rates) | $371.25 |
| Postage/handling...................... | $15.00 |
| Total:........ | $386.25 |
| | 330.00 |
| | 716.25 |

Thank you, Aaron/Harvey.

pd 8-8-07
CK# 3696
716.25

**Please send copy of invoice with your Remittance**



**AARON BERKOWITZ, R.P.R., C R.**

REGISTERED PROFESSIONAL REPOR

887 BARNSWALLOW LANE

HUNTINGDON VALLEY, PENNSYLVANIA 19006

(215) 947-6719

FAX: (215) 947-5630

**STATEMENT**          RECEIVED MAY - 4 2007

May 3, 2007          **INVOICE #** 4411-VMB

: Eaton & McClellan          **RE:**   Svindland v. Nemours, etc.
Attn:  Theresa Blanco, Esq.
230 S. Broad St. - 3rd Flr.          VIDEOTAPING SERVICES
Philadelphia, PA 19102

RE:   ROBERT ZIMMERMAN, M.D.
APRIL 17, 2007

---

Videotaping services in the above-referenced matter
and DVD conversion from VHS original.......TOTAL:          $330.00



.hank you....Aaron and Harvey.

**Please send copy of invoice with your Remittance**

**HARVEY KRAUSS, RPR**
**Registered Professional Reporter**
**77 Nelson Drive**
**Churchville, PA 18966**
**(215) 901-4215**
**FAX: (215) 942-6409**

RECEIVED APR 2 3 2007

April 19, 2007

INVOICE #1021

EATON & McCLELLAN
ATTN: THERESA M. BLANCO, ESQ.
Third Floor
230 South Broad Street
Philadelphia, Pennsylvania 19102

RE: Paul and Allison Svindland vs. The Nemours Foundation

0&1 copy of the video tape deposition transcript of Dr. Robert Zimmerman

55 Pgs  Expedited, Video and Technical Rate $4.85pp...............$266.75

Minuscripts ……………………………………………………...NC
ASCII ……………………….……………………………….NC

Postage…………………… ………………………….……$  7.00

TOTAL………………………………………………….…..$273.75

**THANK YOU....HARVEY!**

fd 8-13-07
cl# 3719

# INVOICE

**First Services**
**A Veritext Company**

RSA
1845 Walnut St
15th Floor
Philadelphia, PA 19103
Tel. (215) 241-1000
Fax (215) 241-1539

Slifer, Voice & Shade
3055 College Height Blvd
Allentown, PA 18104
Tel. (610) 434-8588
Fax (610) 434-1350

**Bill To:** Theresa Blanco
Eaton & McClellan
230 South Broad Street
3rd. Floor
Philadelphia, PA 19102

| | |
|---|---|
| **Invoice #:** | PA42656 |
| **Invoice Date:** | 05/09/2007 |
| **Balance Due:** | $1,189.30 |

| | |
|---|---|
| **Case:** | Svinland v. Nemours Foundation |
| **Job #:** | 76529  |  Job Date: 5/1/2007  |  Delivery:   Daily |
| **Billing Atty:** | **Theresa Blanco** |
| **Location:** | Veritext - Philadelphia |
| | 1845 Walnut Street | 15th Floor | Philadelphia, PA |
| **Sched Atty:** | Theresa Blanco |
| **Deposing Atty:** | **Theresa Blanco** |

RECEIVED MAY 1 6 2007

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | Patrick Barnes, M.D. | Transcript - Original & 1 Copy | $714.30 |
| 2 | Patrick Barnes, M.D. | Shipping & handling – Express Delivery | $25.00 |
| 3 | Patrick Barnes, M.D. | Video Services | $450.00 |

| Notes: | Daily Delivery Of Transcript | | | |
|---|---|---|---|---|
| | | | **Invoice Total:** | $1,189.30 |
| | | | **Payment:** | $0.00 |
| | | | **Interest:** | $0.00 |
| Fed. Tax ID: 20-3132569 | | Term: Net 30 | **Balance Due:** | $1,189.30 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:

First Services
1845 Walnut St, 15th Floor
Philadelphia, PA 19103

| | |
|---|---|
| **Invoice #:** | **PA42656** |
| **Job #:** | **76529** |
| **Invoice Date:** | **05/09/2007** |
| **Balance :** | **$1,189.30** |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

# STATEMENT



**O'BRIEN & LEVINE**
Court Reporting Services
*Making Your Case*
www.court-reporting.com

| Account No. | Date |
|---|---|
| C1276 | 7/6/2007 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $0.00 | $531.40 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$531.40** |

Brian Appel
Eaton & McClellan
230 South Broad Street
Philadelphia, PA 19102

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 4/19/2007 | 25922 | 531.40 | 4/14/2007 | Dr. Adre Jacques du Plessis | Svindland v. The Nemours Foundation, et al |

**Tax ID:** 04-3106514

Phone: 215-875-0600   Fax:

*Please detach bottom portion and return with payment.*

Brian Appel
Eaton & McClellan
230 South Broad Street
Philadelphia, PA 19102

Account No.   : C1276
Date             : 7/6/2007

**Total Due**   : **$ 531.40**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:_____
Card Number:_____
Exp. Date:_____   Phone#:_____
Billing Address:_____
Zip:_____   Amount to Charge:_____
Cardholder's Signature:_____

Remit To: **O'Brien & Levine**
             **195 State Street**
             **Boston, MA 02109**

**888-825-3376**

**James DeCrescenzo Reporting, LLC**
1880 JFK Blvd., 6th Floor
Philadelphia, PA 19103
Phone: 215.564.3905
Fax: 215.751.0581



BRIAN E. APPEL, ESQUIRE
EATON & MCCLELLAN (PHL)
230 SOUTH BROAD STREET
THIRD FLOOR
PHILADELPHIA, PA 19102

### *Invoice #83674*

| Date | Terms |
|------|-------|
| 04/10/2007 | Due Upon Receipt |

### Re-Sent On 08/05/2008

| Assignment | Case | File | Shipped | Shipped Via |
|------------|------|------|---------|-------------|
| 04/04/2007 | SVINDLAND vs. NEMOURS FOUNDATION | 4160 | 04/05/2007 | Hand |

| Description | Amount |
|-------------|--------|
| Copy Transcript DEPOSITION MEDICAL of PATRICK D. BARNES, MD | |
|    TRANSCRIPT COPY | $ 444.85 |
| | $ 444.85 |
| Finance Charge on 05/17/2007 & 06/14/2007 & 07/16/2007 & 08/ | $ 109.05 |
| | $ 109.05 |

| | |
|---|---|
| Amount Due: | $ 553.90 |
| Paid: | $ 151.60 |

*THIS TRANSCRIPT WAS PROVIDED ON AN EXPEDITED BASIS.*

| Balance Due: | $ 402.30 |
|--------------|----------|
| Payment Due: | 05/10/2007 |

TAX ID NUMBER 23-2260771

**Trial Technologies, Inc.**
1880 JFK BLVD., 6TH FLOOR
PHILADELPHIA, PA 19103
Phone: (215) 963-9798
Fax: (215) 751-0581



# TRIAL TECHNOLOGIES
# INCORPORATED

THERESA M. BLANCO, ESQUIRE
EATON & MCCLELLAN (PHL)
230 SOUTH BROAD STREET
THIRD FLOOR
PHILADELPHIA, PA 19102



## Invoice #84167

| Date | Terms |
|------|-------|
| 05/17/2007 | Due Upon Receipt |

### Re-Sent On 02/26/2008

| Assignment | Case | File | Shipped | Shipped Via |
|------------|------|------|---------|-------------|
| 05/02/2007 | A I DUPONT VARIOUS CASES | 4160 | | Hand |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| VIDEO DEPT PRODUCTION of ABOVE PROCEEDINGS | | | |
| 17" FLAT PANEL MONITORS DAILY RENTAL (3 Units) | $ 100.00 | 1.00 | $ 300.00 |
| 17" FLAT PANEL MONITORS WEEKLY RENTAL | $ 400.00 | 1.00 | $ 400.00 |
| DIGITAL DOCUMENT PROJECTOR - DAILY RENTAL (3 Units) | $ 250.00 | 1.00 | $ 750.00 |
| DIGITAL DOCUMENT PROJECTOR - WEEK RENTAL | $ 900.00 | 1.00 | $ 900.00 |
| EQUIPMENT SET UP/BREAK DOWN | $ 100.00 | 1.00 | $ 100.00 |
| LCD PROJECTOR RENTAL - DAILY RENTAL (3 Units) | $ 300.00 | 1.00 | $ 900.00 |
| LCD PROJECTOR RENTAL - WEEKLY RENTAL | $ 1,200.00 | 1.00 | $ 1,200.00 |
| PROJECTION SCREEN - DAILY RENTAL (3 Units) | $ 60.00 | 1.00 | $ 180.00 |
| PROJECTION SCREEN - WEEKLY RENTAL | $ 240.00 | 1.00 | $ 240.00 |
| SCANNER RENTAL-DAILY (3 Units) | $ 150.00 | 1.00 | $ 450.00 |
| SCANNER RENTAL-WEEKLY | $ 600.00 | 1.00 | $ 600.00 |
| SIX-WAY SWITCHER/SCALER - WEEKLY RENTAL | $ 800.00 | 1.00 | $ 800.00 |
| SIX-WAY VIDEO SWITCHER/SCALER - DAILY RENTAL (3 Units) | $ 200.00 | 1.00 | $ 600.00 |
| | | | $ 7,420.00 |
| Finance Charge on 07/16/2007 & 08/16/2007 & 09/17/2007 & 10/ | | | $ 469.27 |
| | | | $ 469.27 |

| | |
|---|---|
| Amount Due: | $ 7,889.27 |
| Paid: | $ 3,710.00 |

| Balance Due: | $ 4,179.27 |
|--------------|------------|
| Payment Due: | 06/17/2007 |

Tax ID #55-0876423



**ESQUIRE**
DEPOSITION SERVICES
A HOBART WEST COMPANY

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
1600 John F Kennedy Blvd. Ste. 1210
Philadelphia, PA 19103
(215)988-9191  FAX(215)988-9089

INV DATE:  09/19/2006



# INVOICE

TO:   EATON & McCLELLAN
Lbby 3
230 S Broad St
Philadelphia PA 19102-4101

DATE:    08/02/2007
JOB:      195834
CODE:     13EATO 01
INV NUM: 209057EPA

ATTN:

BRIAN E. APPEL, ESQ.

|  | UNITS | RATE | AMOUNT DUE |
|---|---|---|---|

YOUR REFERENCE NUMBER:
CAPTION:   FINLAND VS. DUPONT HOSPITAL
Services Provided on 09/13/2006

JOHN C. HYDE, PH.D.

| | UNITS RATE | AMOUNT DUE |
|---|---|---|
| ROUGH DISK DELIVERY (V) | | |
| ONE COPY OF TRANSCRIPT | 198 @ $6.80 | 1,346.80 |
| EXHIBITS | 32 @ $0.50 | 16.00 |
| DELIVERY BY MESSENGER | | 10.00 |

I

**********THIS INVOICE IS LONG PAST DUE*************
ASE REMIT IN FULL OR CALL IF THERE IS A PROBLEM*

Payments Received                                    0.00
Credit Memos                                          0.00
Balance Due                          TOTAL    1,372.80

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(866) 377-5962
(973) 377-9543

lease detach and send with payment
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

squire Deposition Services, LLC
.O. BOX 785751
HILADELPHIA, PA 19178-5751
AX ID # 22-3779684

JOB:195834 TOT: $1372.80
INVOICE #: 209057EPA
DATE: 08/02/2007

ATON & McCLELLAN
RIAN E. APPEL, ESQ.
30 S. BROAD STREET
HIRD FLOOR
HILADELPHIA PA 19102

ESQUIRE
DEPOSITION SERVICES
A HOBART WEST COMPANY

ESQUIRE DEPOSITION SERVICES, LLC
A Hobart West Company
Tax ID # 22-3779684
1021 Ives Dairy Rd., Suite 214, Bldg #3
North Miami Beach, FL 33179
(305) 651-0706

RECEIVED DEC - 6 2007

INV DATE:   09/13/2006



TO:

# INVOICE

EATONS & MCCLELLAN - PA
Ste 304
230 S Broad St
Philadelphia PA  19102-4109

DATE:     12/03/2007
JOB:       827399
CODE:     9EATOM01
INV NUM:  639061EFL

ATTN:

BRIAN E. APPEL, ESQ.

| | | UNITS | RATE | AMOUNT DUE | |
|---|---|---|---|---|---|

YOUR REFERENCE NUMBER:  05CA00417
CAPTION:   SVINDLAND, PAUL VS. THE A.I. DUPONT
Services Provided on 09/08/2006

| | UNITS | RATE | AMOUNT DUE | |
|---|---|---|---|---|
| DR. ROBERT HANNAN | 1-78 | 78 PGS @ $6.10 | 475.80 | 1CC |
| OVERNIGHT COPY SERVICE | | | | |
| CD ROM/MINI TRANSCRIPT | | | 25.00 | |
| SCANNED EXHIBITS/TABS | 9 @ $0.55 | | 4.95 | |
| SHIPPING | | | 38.75 | |
| THANK YOU | | | | |

**********THIS INVOICE IS LONG PAST DUE************
*PLEASE REMIT IN FULL OR CALL IF THERE IS A PROBLEM*

_ck# 3814_
_pd 1-4-08_

| | |
|---|---|
| Payments Received | 0.00 |
| Credit Memos | 0.00 |
| Balance Due | |
| TOTAL | 544.50 |

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.
Please detach and send with payment

For Invoice Questions,
Please Call
(800) 584-3500
(954) 733-5978

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

Esquire Deposition Services, LLC
P.O. BOX 785751
PHILADELPHIA, PA 19178-5751
TAX ID # 22-3779684

JOB:827399 TOT: $544.50
INVOICE #: 639061EFL
DATE: 12/03/2007

EATONS & MCCLELLAN - PA
BRIAN E. APPEL, ESQ.
230 S BROAD STREET
SUITE 304
PHILADELPHIA PA 19102

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684          206105     ESQUD01
1600 John F Kennedy Blvd.   Ste. 1210
Philadelphia, PA 19103
(215)988-9191   FAX(215)988-9089

**EATON & McCLELLAN
230 S. BROAD STREET                          234819EPA 05/08/08
THIRD FLOOR
PHILADELPHIA, PA 19102

ATTN : BRIAN E. APPEL, ESQ.


FVINDLAND VS. NEMOURS

SERVICES PROVIDED ON 03/30/07:

J.GILBERT STONE, M.D.

REGULAR DELIVERY (TECHNICAL/V)
ONE COPY OF TRANSCRIPT                              344.35
DELIVERY BY MESSENGER                               10.00
NI



BALANCE DUE                                        354.35

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of       For Invoice Questions,
one and one-half percent (1.5%) per month or the maximum rate allowed by law.         Please Call
Contact us immediately with questions or corrections regarding billing or payment.    (866)377-5962
No adjustments or refunds will be made after 120 days from date of payment.      Fax (973)377-9543

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ESQUIRE DEPOSITION SERVICES, LLC     JOB: 206105   TOT: $354.35
P.O. BOX 785751                      INVOICE #: 234819EPA
Philadelphia,PA 19178-5751           DATE: 05/08/08
Tax ID # 22-3779684


**EATON & McCLELLAN
Attn: BRIAN E. APPEL, ESQ.
230 S. BROAD STREET
THIRD FLOOR
PHILADELPHIA, PA 19102

RECEIVED OCT 2 2008

# Diana Doman Transcribing
**10 Foster Avenue, Suite A3**
**P.O. Box 129**
**Gibbsboro, NJ 08026**
**(856) 435-7172   FAX # (856)435-7124**
DianaDoman@Comcast.net

Invoice # : 2008-02099

**TO:**  Brian Appel, Esq.
Eaton & McClellan
230 South Broad
3rd Floor
Philadelphia, PA 19102

**RE:**  Svoindland/Daddio
-v-
Nemors

| | | | **DUE UPON RECEIPT** | 10/21/2008 | |
|---|---|---|---|---|---|
| **Orig** | **Copies** | **Pages** | **Description** | **Unit** | **Amount** |
| | [Cop1] | 61 | Federal Court Expedited on 9/16/2008 | 0.83 | 50.63 |
| | [Cop2] | | Deposit  3981 on 10/15/2008 | | -50.63 |
| | [Cop3] | | | | |
| | [Cop4] | | | | |
| | [Cop5] | | | | |
| | [Cop6] | | | | |
| | [Cop7] | | | | |
| | [Cop8] | | | | |
| | [Cop9] | | | | |
| | [Cop10] | | | | |
| | | | BALANCE : | | 0.00 |

Thank You.

When sending your remittance, please put the invoice number on the check.

Tax id # : 147441054

A service charge of 1½% per month will be applied to all past due balances. ($5.00 minimum charge)

Court:
United States District Court, Philadelphia PA

**Veritext Pennsylvania Reporting Co.**
**A Veritext Company**

Knipes Cohen
1801 Market St
Suite 1800
Philadelphia, PA 19103
Tel. (215) 241-1000
Fax (215) 241-1539

Slifer, Voice & Shade
4949 Liberty Lane
Suite 200
Allentown, PA 18106
Tel. (610) 434-8588
Fax (610) 434-1350

| | | |
|---|---|---|
| **Bill To:** | Annie Pompey Esquire | |
| | Eaton & McClellan | **Invoice #:** PA92087 |
| | 230 South Broad Street | **Invoice Date:** 06/19/2009 |
| | 3rd. Floor | **Balance Due:** $478.50 |
| | Philadelphia, PA 19102 | |

**Case:** Svindland v. The Nemours Foundation
**Job #:** 76584 | Job Date: 5/2/2007 | Delivery: Daily

**Location:**
Schiller, J.,

:

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | 05-417 - 06-10 Full Day Opening | Certified Transcript | $97.90 |
| 2 | 05-417 - 06-12pm Stone Cont. | Certified Transcript | $51.70 |
| 3 | 05-417 06-09-09 Full Day | Certified Transcript | $57.20 |
| 4 | 05-417 06-11 Full Day Hannan | Certified Transcript | $201.30 |
| 5 | 05-417 06-16 Duplessis | Certified Transcript | $44.00 |
| 6 | 05-417 May 7, 2007 - Pm Sessi | Certified Transcript | $26.40 |

| Notes: | 5/7/07 Boffa Transcript was Previously Purchased;<br>Charge is for Additional Copy Only | | |
|---|---|---|---|
| | | **Invoice Total:** | $478.50 |
| | | **Payment:** | $0.00 |
| | | **Interest:** | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | **Balance Due:** | $478.50 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments will be made after 90 days.

Make check payable to:

Veritext Pennsylvania Reporting Co.
1801 Market St, Suite 1800
Philadelphia, PA 19103

| | |
|---|---|
| **Invoice #:** | PA92087 |
| **Job #:** | 76584 |
| **Invoice Date:** | 06/19/2009 |
| **Balance :** | $478.50 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**


RECEIVED JUN 2 4 2009

# Bill Heilman Video Services, Inc.  Digital Justice

**Case Invoice**

Phone: 610.250.9930    Fax: 610.330.6929    FEDERAL TAX ID #: 25 1854141
500 Philadelphia Road

Easton, PA  18042

| Date |
|------|
| 6/22/2009 |

Frank  McClellan
Eaton & McClellan
230 South Broad Street
3rd Floor
Philadelphia, PA 19102

**Phone**    (215) 875-0600
**Fax**

## Svinland vs. Norwood

| Invoice # | Claim No. | File No. | Billed | Paid | Witness | | Job Date | |
|-----------|-----------|----------|--------|------|---------|--|----------|--|
| 13341a | | | 6/22/2009 | | visual presenter | | 6/9/2009 | |
| ELMO/ph | Court/Elmo Presentation $675 divided by 2 | | | | | $337.50 | 1 | $337.50 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $337.50 |
| 13342a | | | 6/22/2009 | | visual presenter | | 6/10/2009 | |
| ELMO/ph | Court/Elmo Presentation $675 divided by 2 | | | | | $337.50 | 1 | $337.50 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $337.50 |
| 13343a | | | 6/22/2009 | | visual presenter | | 6/11/2009 | |
| ELMO/ph | Court/Elmo Presentation $675 divided by 2 | | | | | $337.50 | 1 | $337.50 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $337.50 |
| 13344a | | | 6/22/2009 | | visual presenter | | 6/12/2009 | |
| ELMO/ph | Court/Elmo Presentation $675 divided by 2 | | | | | $337.50 | 1 | $337.50 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $337.50 |
| 13345a | | | 6/22/2009 | | visual presenter | | 6/15/2009 | |
| ELMO/ph | Court/Elmo Presentation $675 divided by 2 | | | | | $337.50 | 1 | $337.50 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $337.50 |
| 13346a | | | 6/22/2009 | | visual presenter | | 6/16/2009 | |
| ELMO/ph | Court/Elmo Presentation $675 divided by 2 | | | | | $337.50 | 1 | $337.50 |
| | | | | | | Amount Paid | | $0.00 |
| | | | | | | Amount Due | | $337.50 |
| 13347a | | | 6/22/2009 | | visual presenter | | 6/17/2009 | |
| ELMO/ph | Court/Elmo Presentation $675 divided by 2 | | | | | $337.50 | 1 | $337.50 |

**Please note invoice numbers on remittance to insure proper credit.**

7-1-09
pd 2700.00
CK # 4155

## Svinland vs. Norwood

| Invoice # | Claim No. | File No. | Billed | Paid | Witness | | Job Date | |
|-----------|-----------|----------|--------|------|---------|--|----------|--|
| | | | | | | | **Amount Paid** | **$0.00** |
| | | | | | | | **Amount Due** | **$337.50** |
| 13348a | | | 6/22/2009 | | visual presenter | | 6/18/2009 | |
| ELMO/ph | Court/Elmo Presentation $675 divided by 2 | | | | | $337.50 | 1 | $337.50 |
| | | | | | | | **Amount Paid** | **$0.00** |
| | | | | | | | **Amount Due** | **$337.50** |
| | | | | | | | **Case Balance** | **$2,700.00** |

**Please note invoice numbers on remittance to insure proper credit.**

# INVOICE

### Veritext Pennsylvania Reporting Co.
### A Veritext Company

Knipes Cohen
1801 Market St
Suite 1800
Philadelphia, PA 19103
Tel.  (215) 241-1000
Fax  (215) 241-1539

Slifer, Voice & Shade
4949 Liberty Lane
Suite 200
Allentown, PA 18106
Tel.  (610) 434-8588
Fax  (610) 434-1350

 RECEIVED MAY 2 9 2009

**Bill To:**  Annie Pompey Esquire
Eaton & McClellan
230 South Broad Street
3rd. Floor
Philadelphia, PA 19102

| | |
|---|---|
| **Invoice #:** | PA90017 |
| **Invoice Date:** | 05/28/2009 |
| **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | Svindland v. The Nemours Foundation |
| **Job #:** | 76584   |  Job Date: 5/2/2007  |  Delivery:   Daily |
| **Location:** | Schiller, J., |

*(handwritten: 111.10  pd  5/27/09  CK # 4131)*

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 05-417 May 2, 2007-Part li of Am Session | Certified Transcript | Page | 66.00 | $1.10 | $72.60 |
| 2 | Alison 5/4/07 | Certified Transcript | Page | 35.00 | $1.10 | $38.50 |

| Notes: | | | Invoice Total: | $111.10 |
|---|---|---|---|---|
| | | | Payment: | $111.10 |
| | | | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569 | | Term: Net 30 | Balance Due: | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:

Veritext Pennsylvania Reporting Co.
1801 Market St, Suite 1800
Philadelphia, PA 19103

| | |
|---|---|
| **Invoice #:** | PA90017 |
| **Job #:** | 76584 |
| **Invoice Date:** | 05/28/2009 |
| **Balance :** | $0.00 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**



**VERITEXT**

National Deposition & Litigation Services

RECEIVED JUL 0 2 2009

**Veritext Pennsylvania**

Tel. 888-777-6690  Fax. 215-241-1539

Bill To:

Eaton & McClellan
230 South Broad Street
3rd. Floor
Philadelphia, PA 19102

Remit To:   Veritext Pennsylvania
1801 Market St.
Ten Penn Center, Suite 1800
Philadelphia, PA 19103

# Statement of Account

*PAST DUE*

| Statement Date: | 7/1/2009 | | | Page 1 of 1 | Total Balance Due: | | $1,671.20 |
|---|---|---|---|---|---|---|---|
| Inv # | Invoice Date | Job # | Job Date | Caption | Contact | Aged (Days) | Balance Due |
| A42656 | 5/9/07 | 76529 | 5/1/07 | Svinland vs Nemours Foundation | Theresa Blanco, Esq. | 784 | $989.30 |
| PA49815 | 9/7/07 | 79454 | 8/9/07 | Estate of Benitez vs Dupont Hospital | Brian E. Appel, Esq. | 663 | $375.50 |
| PA55345 | 1/2/08 | 83753 | 12/17/07 | Conway, et al vs Dupont Hospital | Theresa Blanco, Esq. | 546 | $291.00 |
| PA91434 | 6/11/09 | 76584 | 5/2/07 | Svindland vs The Nemours Foundati | Theresa Eaton, Esq. | 20 | $15.40 |
| | | | | | | TOTAL: | $1,671.20 |

| Current | 31-60 Days | 61-90 days | >90 days | Total |
|---|---|---|---|---|
| $ 15.40 | $ 0.00 | $ 0.00 | $ 1,655.80 | $ 1,671.20 |

Make check payable to:

Veritext Pennsylvania
1801 Market St.
Ten Penn Center, Suite 1800
Philadelphia, PA 19103

VISA, MASTERCARD &
AMERICAN EXPRESS ACCEPTED

Tax ID: 20-3132569

Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.

1801 Market St
Suite 1800
Philadelphia, PA 19103
Tel. (215) 241-1000
Fax (215) 241-1539

### Veritext Pennsylvania Reporting Co.
### A Veritext Company

Slifer, Voice & Shade
4949 Liberty Lane
Suite 200
Allentown, PA 18106
For Billing Inquiries call
Tel. (888) 777-6690

Bill To: Theresa Eaton, Esq.
Eaton & McClellan
230 South Broad Street
3rd. Floor
Philadelphia, PA 19102

| | |
|---|---|
| Invoice #: | PA91434 |
| Invoice Date: | 06/11/2009 |
| Balance Due: | $15.40 |

| | |
|---|---|
| Case: | Svindland v. The Nemours Foundation |
| Job #: | 76584   \|   Job Date: 5/2/2007   \|   Delivery:   Daily |
| Location: | Schiller, J., |

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1. | 05-02-07 Svindland Only Cross& | Certified Transcript | $15.40 |

Notes:

| | |
|---|---|
| Invoice Total: | $15.40 |
| Payment: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $15.40 |

Fed. Tax ID: 20-3132569     Term: Net 30

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments will be made after 90 days.

### THIS INVOICE IS 46 DAYS PAST DUE, PLEASE REMIT - THANK YOU

Make check payable to:

Veritext Pennsylvania Reporting Co
1801 Market St, Suite 1800
Philadelphia, PA 19103

| | |
|---|---|
| Invoice #: | PA91434 |
| Job #: | 76584 |
| Invoice Date: | 06/11/2009 |
| Balance : | $15.40 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

**Veritext Pennsylvania Reporting Co.**
**A Veritext Company**

1801 Market St
Suite 1800
Philadelphia, PA 19103
Tel. (215) 241-1000
Fax (215) 241-1539

Slifer, Voice & Shade
4949 Liberty Lane
Suite 200
Allentown, PA 18106
For Billing Inquiries call
Tel. (888) 777-6690

| Bill To: | Annie Pompey Esquire<br>Eaton & McClellan<br>230 South Broad Street<br>3rd. Floor<br>Philadelphia, PA 19102 | | |
|---|---|---|---|

| Invoice #: | PA93134 |
|---|---|
| Invoice Date: | 07/02/2009 |
| Balance Due: | $1,570.80 |

| Case: | Svindland v. The Nemours Foundation | : |
|---|---|---|
| Job #: | 76584   |   Job Date: 5/2/2007   |   Delivery:     Daily | |
| Billing Atty: | Annie Pompey Esquire | |
| Location: | | |
| | Schiller, J.. | |
| Deposing Atty: | Sara Petrosky | |

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1. | 05-417 06-15 Warner | Transcript - Original & 1 Copy | $541.20 |
| 2. | 05-417 06-16 Baffa | Transcript - Original & 1 Copy | $470.80 |
| 3. | 05-417 06-17 Zimmerman | Transcript - Original & 1 Copy | $114.40 |
| 4. | 05-417 06-18 Bailey | Transcript - Original & 1 Copy | $444.40 |

| Notes: | | Invoice Total: | $1,570.80 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | Balance Due: | $1,570.80 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.

Make check payable to:

Veritext Pennsylvania Reporting Co.
1801 Market St, Suite 1800
Philadelphia, PA 19103

| Invoice #: | PA93134 |
|---|---|
| Job #: | 76584 |
| Invoice Date: | 07/02/2009 |
| Balance : | $1,570.80 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

**Veritext Pennsylvania Reporting Co.**
**A Veritext Company**

1801 Market St
Suite 1800
Philadelphia, PA 19103
Tel.  (215) 241-1000
Fax  (215) 241-1539

Slifer, Voice & Shade
4949 Liberty Lane
Suite 200
Allentown, PA 18106
For Billing Inquiries call
Tel.  (888) 777-6690

| | |
|---|---|
| **Bill To:** Annie Pompey Esquire<br>Eaton & McClellan<br>230 South Broad Street<br>3rd. Floor<br>Philadelphia, PA 19102 | **Invoice #:** PA94108<br>**Invoice Date:** 07/16/2009<br>**Balance Due:** $814.00 |

| | |
|---|---|
| **Case:** Svindland v. The Nemours Foundation<br>**Job #:** 76584  \|  Job Date: 5/2/2007  \|  Delivery:    Daily<br>**Billing Atty:** Annie Pompey Esquire<br>**Location:**<br>      Schiller, J.,<br><br>**Deposing Atty:** Sara Petrosky | : |

| Item | Witness | Description | Amount |
|---|---|---|---|
| 1 | 05-417 6/17 Norwood / Disantis | Transcript - Original | $814.00 |

Notes:

| | |
|---|---|
| | **Invoice Total:** $814.00 |
| | **Payment:** $0.00 |
| | **Interest:** $0.00 |
| Fed. Tax ID: 20-3132569        Term: Net 30 | **Balance Due:** $814.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.

Make check payable to:

Veritext Pennsylvania Reporting Co.
1801 Market St, Suite 1800
Philadelphia, PA 19103

| | |
|---|---|
| **Invoice #:** | PA94108 |
| **Job #:** | 76584 |
| **Invoice Date:** | 07/16/2009 |
| **Balance :** | $814.00 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

**Fees and disbursements for printing/copying:  $5,690.66**

| Invoice Date | Description | Amount |
|---|---|---|
| 9/29/04 | A.I. DuPont Hosp. for Children (copy) | 15.00 |
| 7/24/06 | McCann & Geshke (copies of records) | 12.25 |
| 8/29/06 | LRP Publications (medical records) | 166.00 |
| | **subtotal** | **193.25** |
| | | |
| 4/24/07 | McCann & Geschke – copying diskettes | 686.40 |
| 1/06/07 | Kline & Specter (copying) | 295.55 |
| 3/22/07 | Scott Memorial Library | 13.00 |
| 4/30/07 | Scott Memorial Library | 7.00 |
| 4/17/07 | reimb Theresa Blanco (copying) | 576.78 |
| | **subtotal** | **1,578.73** |
| | | |
| 4/27/07 | MCS – copying | 344.71 |
| 4/27/07 | MCS – exhibit boards & lamination | 205.44 |
| 5/01/07 | MCS – color exhibit boards | 597.00 |
| 5/04/07 | MCS – exhibit boards | 42.80 |
| 8/20/07 | MCS – velobinds | 96.30 |
| | **subtotal** | **1,286.25** |
| | | |
| 5/02/07 | color exhibit  board | 381.60 |
| 6/10/09 | digital color mount | 202.23 |
| 3/02/07 | litigation copies, index tabs, drilling | 720.19 |
| 4/12/07 | Nemours Foundation copies of scans | 78.91 |
| 10/24/07 | reimburse McCann & Geschke (costs of disks and binders) | 686.40 |
| 11/28/08 | Donna Bitner (Conant Legal Copying) | 338.10 |
| 5/29/09 | Brian Appel – reimbursement(copying) | 67.70 |
| 9/16/05 | Florida Dept. of Health | 112.30 |
| 5/26/09 | U.S. District Court – copies of old records | 45.00 |
| | **subtotal** | **2,632.43** |

EXHIBIT B

RECEIVED OCT 0 4 2004

Alfred I. DuPont Hospital for Children
and the Nemours Children's Clinic
Health Information Management-Wilmington
1600 Rockland Road PO Box 269 Wilmington, DE 19899
-------------------------------------------------------------------

INVOICE FOR RELEASE OF INFORMATION


Patient: SVINDLAND,IAN C [10449733]


Requested By:
EATON & MCCLELLAN
230 SOUTH BROAD STREET                      Billing Date: 9/29/04
THIRD FLOOR
PHILADELPHIA      PA  19102

                                            Amount Due: $ 0.00
                                            Invoice Number: 19333

DETAILS:

    Number of Pages............:      0
    Number of Microfilm Pages..:      0

    Release Fee................: $    15.00
    Additional Fee.............: $     0.00
     Details:


    Tax........................: $     0.00

    Total Fee..................: $     0.00
    Amount Paid................: $     0.00

    AMOUNT DUE.................: $     0.00


COMMENTS:
  9/29/04 = Perfusion Record DOS 6/25/03 Mailed.

Prepared by: AMANDA ARMSTRONG

Please return copy of invoice with your remittance.
-------------------------------------------------------------------

    The attached information is released directly to the person named
above according to state and federal laws and regulations governing
the protection of health information.  The Alfred I. duPont Hospital
for Children, Nemours Children's Clinic and their related divisions
are not liable for further disclosures of this attached information
to parties other than those named above.  If this information is in
your possession inadvertently, please destroy the information or
return the documents to us at the return address listed on envelope,

**REQUEST FOR CHECKS/MONEY**

Date: _07/24/06_

Make Check Payable To: _McCann & Grishke_

Client Name: _~~Windland~~ (Windland)_ Code Number: _~~~~ 767_

For: (Filing Fees, Med. Recs., Subpoena, Reimb. etc.)_____
_Copies of records_

Amount: $ _12.25_

Date Needed: _7/24/06_

Requested By: _Xastuling_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check Written By: _Annie Pompay_

Amount of Check/Cash: _12.25_

Date Written: _7-24-06_

Check No.: _3362_

Account No.: (Escrow, Payroll, (Expense) Petty Cash, etc. _____

Comments/Memo/Note:_____

I:Money.doc
3/30/94

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102
WWW.KLINESPECTER.COM

RECEIVED JAN 1 6 2007

AMY L. GUTH

215-772-1000
FAX: 215-772-1359

AMY.GUTH@KLINESPECTER.COM

January 16, 2007

Theresa M. Blanco, Esquire.
Eaton & McClellan
230 S. Broad Street - 3rd Floor
Philadelphia, PA 19102

    **Re:**     **Alec Sears**

Dear Theresa:

    Enclosed please find the materials you requested in the Alec Sears case pertaining to Dr. David Jobes. Please submit a check to my office in the amount of $264.30 as payment for pulling and coping charges.

    Kindly contact Nicole Manning, my legal assistant, at (215) 772-1388 should you have any questions.

    Very truly yours,

    AMY L. GUTH

ALG:ldp



**KLINE & SPECTER** ·
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

ANDREW S. YOUMAN

RECEIVED APR - 5 2007

215-772-1000
FAX: 215-772-1359

April 4, 2007

Theresa M. Blanco, Esquire
EATON & McCLELLAN
230 S. Broad Street, 3rd Floor
Philadelphia, PA 19102

     *Re:*    *Mark Mintz, M.D.*     Svindland

Dear Ms. Blanco:

    Enclosed please find all materials contained in our file on Mark I. Mintz, M.D.. Please forward your check in the amount of $31.25 (125 pages @ $.25 per page) in payment of our fee for copying.

    If you need anything else, please do not hesitate to contact me.

            Very truly yours,

            Denise M. Reinert, Legal Assistant
            ANDREW S. YOUMAN

/dmr
Enclosure



**McCANN &**
**GESCHKE**
ATTORNEYS AT LAW  a Professional Corporation

Sara Lynn Petrosky
*petrosky@doclawyers.com*
215.609.1503

RECEIVED APR 25 2007

April 24, 2007

Theresa M. Blanco, Esquire
Eaton & McClellan
230 South Broad Street, 3rd Floor
Philadelphia, PA  19102

   Re: <u>Svindland v. Nemours</u>, No. 05-CV-0417

Dear Ms Blanco:

   We have enclosed two diskettes that contain identical copies of the trial exhibits for the Svindland trial. The list of exhibits is from our Joint Pretrial Statement but for the changes I indicated we would make in an email dated April 18, a copy of which is attached. As agreed, please forward to McCann & Geschke a check to reimburse it for the cost of the disks and half the cost of the trial exhibit binders ($686.40).

   Thank you for your ongoing courtesy and cooperation.

        Very truly yours,

        Sara

        Sara Lynn Petrosky

SLP/mkj
203-016

*7-17-08*
*686.40*
*CK # 3934*

**Scott Memorial Library**
Thomas Jefferson University
1020 Walnut Street   *Svindland*
Philadelphia, PA  19107

*Sabrina   Easterling*
GUEST NAME (Please Print)

*3/22/07*
ISSUE DATE              STAFF INITIALS
(PASS EXPIRES AT 5:00 ON ISSUE DATE)

VALID:  Monday-Friday
        8:00 am - 5:00 pm

Limit 1 pas
4 passes p

Scott Memorial Library
Thomas Jefferson Univ
Tel. (215) 503-6994

03/22/2007  1:15PM   10
000000#1005        KP

Non-TJU copy            $13.00

ITEMS          10
***TOTAL      $13.00
CASH           $13.00
CHANGE          $0.00

---

**Scott Memorial Library**
Thomas Jefferson University   *Svindland*
1020 Walnut Street
Philadelphia, PA  19107

*Sabrina   Easterling*
GUEST NAME (Please Print)

*4/30/07*                  K.P.
ISSUE DATE              STAFF INITIALS
(PASS EXPIRES AT 5:00 ON ISSUE DATE)

VALID:  Monday-Friday
        8:00 am - 5:00 pm

Limit 1 p
4 passes

Scott Memorial Library
Thomas Jefferson Univ
Tel. (215) 503-6994

04/30/2007  2:26PM   10
000000#2273        KP

Day pass                 $7.00

ITEMS          10
***TOTAL       $7.00
CASH           $20.00
CHANGE         $13.00

RECEIVED FEB 1 2 2008

**1601 Market Street**
**Philadelphia, PA 19103**

**(MCS)**

**The MCS Group, Inc.**

REPRINT

REFER TO
INVOICE NUMBER
77082001

IRS NO. 23-2146815

| DATE ORDERED | RECORDS PERTAIN TO | COPIES ORDERED | TYPE OF REQUEST |
|---|---|---|---|
| 04/27/2007 | JOB#249418 | 1 | * SEE BELOW |
| DATE COMPLETED | RECORDS LOCATION | PAGES | ORDER NO. |
| 04/27/2007 | EATON, MC CLELLAN | 0 | 77082-L 1-C 0 |

DOL:00/00/0000 OTHER

Requested By:

F/BLANC699
THERESA BLANCO, ESQ.
230 SOUTH BROAD STREET
3RD FLOOR
PHILADELPHIA          PA 19102
(215) 875-0600

Payment Due: 05/27/2007
**Return Invoice with Check Payable to: MCS**

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| SEMI-AUTO FEED (1000-2999) | 2,891 | 318.01 |
| COLORED SLIPSHEETS | 83 | 4.15 |

CASE: SVINLAND
-vs- NA

File No.:
767 SVINLAND

Bill To:
0072551

EATON, MCCLELLAN, ET AL
THERESA BLAMCO
230 S. BROAD   STREET
3RD FLOOR
PHILADELPHIA          PA   19102

Claim No.:
767 SVINLAND

| | | |
|---|---|---|
| SUB TOTAL | | 322.16 |
| TAX | | 22.55 |

**BILLING INQUIRIES ONLY:   (215) 246-0900**
PRINT 1 COPY OF EACH DOCUMENT

AMOUNT DUE        344.71

**PAST DUE**

pd 5-5-08

CK# 3877

942.55

RECEIVED FEB 1 2 2008

**1601 Market Street**
**Philadelphia, PA 19103**

**MCS**®

REPRINT

REFER TO
INVOICE NUMBER
77081001

IRS NO. 23-2146815

**The MCS Group, Inc.**

| DATE ORDERED | RECORDS PERTAIN TO | COPIES ORDERED | TYPE OF REQUEST |
|---|---|---|---|
| 04/27/2007 | JOB#249419 | 1 | * SEE BELOW |
| DATE COMPLETED | RECORDS LOCATION | PAGES | ORDER NO. |
| 04/27/2007 | EATON, MC CLELLAN | 0 | 77081-L 1-C 0 |

DOL:00/00/0000 OTHER

Payment Due: 05/27/2007

Return Invoice with Check Payable to: **MCS**

Requested By:

F/BLANC699
THERESA BLANCO, ESQ.
230 SOUTH BROAD STREET
3RD FLOOR
PHILADELPHIA        PA 19102
(215) 875-0600

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| EXHIBIT BOARDS -COLOR 24X36 | 2 | 180.00 |
| LAMINATIONS | 1 | 12.00 |

CASE: SVINLAND
-vs- NEMOURS FOUNDATION

File No.: 767 SVINLAND

Bill To: 0072551

*Pd 4-15-08 CK # 3871*

EATON, MCCLELLAN, ET AL
THERESA BLAMCO
230 S. BROAD  STREET
3RD FLOOR
PHILADELPHIA      ·PA  19102

Claim No.: 767 SVINLAND

| SUB TOTAL | 192.00 |
|---|---|
| TAX | 13.44 |

BILLING INQUIRIES ONLY:  (215) 246-0900
EXHIBIT BOARDS

AMOUNT DUE    205.44

**PAST DUE**

RECEIVED FEB 1 2 2008

**1601 Market Street**
**Philadelphia, PA 19103**

IRS NO. 23-2146815

**(MCS)**

**The MCS Group, Inc.**

REPRINT

REFER TO
INVOICE NUMBER
78217001

| DATE ORDERED | RECORDS PERTAIN TO | COPIES ORDERED | TYPE OF REQUEST |
|---|---|---|---|
| 04/30/2007 | JOB#249420 | 1 | * SEE BELOW |

| DATE COMPLETED | RECORDS LOCATION | PAGES | ORDER NO. |
|---|---|---|---|
| 05/01/2007 | EATON, MC CLELLAN | 0 | 78217-L 1-C 0 |

DOL:00/00/0000 OTHER

Payment Due: 05/31/2007
**Return Invoice with Check Payable to: MCS**

Requested By:
F/BLANC699
THERESA BLANCO, ESQ.
230 SOUTH BROAD STREET
3RD FLOOR
PHILADELPHIA        PA 19102
(215) 875-0600

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| EXHIBIT BOARDS -COLOR 24X36 | 2 | 180.00 |
| COLOR EXHIBIT BOARD 36 X 48 | 2 | 360.00 |
| LAMINATIONS | 2 | 24.00 |

CASE: SVINLAND
-vs- THE NEMOURS FOUNDATION

File No.: 767 SVINLAND

Bill To: 0072551

EATON, MCCLELLAN, ET AL
THERESA BLAMCO
230 S. BROAD  STREET
3RD FLOOR
PHILADELPHIA        PA  19102

Claim No.: 767 SVINLAND

SUB TOTAL            564.00
TAX              33.84

**BILLING  INQUIRIES  ONLY:   (215) 246-0900**
EXHIBIT BOARD & OVERLAY

AMOUNT DUE

597.84

**PAST DUE**

Emailing: Re                                                            Page 7 of 8



1601 Market Street                          REPRINT              REFER TO
Philadelphia, PA                                              INVOICE NUMBER
19103                        The MCS Group,
                                  Inc.                          **79890001**

IRS NO. 23-2146815

| DATE ORDERED / / | RECORDS PERTAIN TO JOB#249497 | COPIES ORDERED 1 | TYPE OF REQUEST * SEE BELOW |
|---|---|---|---|
| DATE COMPLETED 05/04/2007 | RECORDS LOCATION EATON, MC CLELLAN | PAGES 0 | ORDER NO. 79890-L1-C0 |

**Payment Due Upon Receipt**
**Return Invoice with Check Payable to: MCS**

DOL:00/00/0000       OTHER
Requested By:
F/BLANC699

THERESA BLANCO, ESQ.

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| EXHIBIT BOARDS | 1 | 40.00 |

230 SOUTH BROAD
STREET
3RD FLOOR
PHILADELPHIA , PA
19102

Case:SVINLAND VS.
THE NEMOURS
FOUNDATION

File No.:SVINLAND

Bill To: 0072551
EATON, MCCLELLAN, ET
AL THERESA BLAMCO
230 S. BROAD STREET
3RD FLOOR
PHILADELPHIA , PA
19102

                                   SUB TOTAL              40.00
                                          TAX              2.80
Claim No.:SVINLAND                                       ─────────
BILLING INQUIRIES ONLY: (215) 246-0900    AMOUNT  DUE    **42.80**

Emailing: Re                                                                    Page 2 of 8

1601 Market Street
Philadelphia, PA
19103                            REPRINT          REFER TO
                                                               INVOICE NUMBER

                                    The MCS Group,                47856001
                                  Inc.

IRS NO. 23-2146815

| DATE ORDERED / / | RECORDS PERTAIN TO JOB#249425 | COPIES ORDERED 1 | TYPE OF REQUEST *   SEE BELOW |
|---|---|---|---|
| DATE COMPLETED 08/20/2007 | RECORDS LOCATION EATON, MC CLELLAN | PAGES 0 | ORDER NO. 47856-L1-C0 |

**Payment Due Upon Receipt**
**Return Invoice with Check Payable to: MCS**

DOL:00/00/0000     OTHER
Requested By:
F/BLANC699

THERESA BLANCO, ESQ.

230 SOUTH BROAD
STREET
3RD FLOOR
PHILADELPHIA , PA
19102

Case:SVINLAND VS.
NEMOURS

File No.:SVINLAND767

Bill To: 0072551
EATON, MCCLELLAN, ET
AL THERESA BLAMCO
230 S. BROAD STREET
3RD FLOOR
PHILADELPHIA , PA
19102

Claim No.:SVINLAND767
BILLING INQUIRIES ONLY: (215) 246-0900

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| VELOBINDS | 36 | 72.00 |
| COVERS ( CARDSTOCK) | 72 | 18.00 |

SUB TOTAL        90.00
TAX         6.30

AMOUNT DUE       **96.30**

**1601 Market Street**
**Philadelphia, PA 19103**

**(MCS)** ®

**The MCS Group, Inc.**

REPRINT

| REFER TO |
| INVOICE NUMBER |
| 78227001 |

IRS NO. 23-2146815

| DATE ORDERED | RECORDS PERTAIN TO | COPIES ORDERED | TYPE OF REQUEST |
|---|---|---|---|
| 04/30/2007 | JOB#249423 | 1 | * SEE BELOW |
| DATE COMPLETED | RECORDS LOCATION | PAGES | ORDER NO. |
| 05/02/2007 | EATON, MC CLELLAN | 0 | 78227-L 1-C 0 |

DOL:00/00/0000 OTHER

Payment Due: 06/01/2007

Return Invoice with Check Payable to: **MCS**

Requested By:

F/BLANC699
THERESA BLANCO, ESQ.
230 SOUTH BROAD STREET
3RD FLOOR
PHILADELPHIA          PA 19102
(215) 875-0600

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| COLOR EXHIBIT BOARD 36 X 48 | 2 | 360.00 |

CASE: NA
-vs- NA

File No.: 767 SVINLAND

Bill To:
0072551

EATON, MCCLELLAN, ET AL
THERESA BLAMCO
230 S. BROAD  STREET
3RD FLOOR
PHILADELPHIA          PA  19102

Claim No.:
767 SVINLAND

*pd 6-4-08*
*CK# 3902*
*381.60*

| | | |
|---|---|---|
| SUB TOTAL | | 360.00 |
| TAX | | 21.60 |

BILLING  INQUIRIES  ONLY:     (215)  246-0900

AMOUNT DUE          381.60

RE-DO 36X48

**PAST DUE**

RECEIVED JUN 1 6 2009

**1601 Market Street**
**Philadelphia, PA 19103**

# MCS
### The MCS Group, Inc.

IRS NO. 23-2146815

| REFER TO INVOICE NUMBER |
|---|
| 41035001 |

| DATE ORDERED | RECORDS PERTAIN TO | COPIES ORDERED | TYPE OF REQUEST |
|---|---|---|---|
| 06/10/2009 | JOB#249498 | 0 | * SEE BELOW |
| DATE COMPLETED | RECORDS LOCATION | PAGES | ORDER NO. |
| 06/10/2009 | EATON, MC CLELLAN | 0 | 41035-L 1-C 0 |

DOL: 00/00/0000 OTHER

Requested By:
F/MCCLE264
FRANK MCCLELLAN
230 S. BROAD STREET
PHILADELPHIA          PA 19103
(215) 575-4184

| Payment Due: 07/10/2009 |
|---|
| Return Invoice with Check Payable to: **MCS** |

CASE: SVINLAND
-vs- THE NEMOURS FOUNDATION

File No.:
SVINLAND

Bill To:
  0079366

| DESCRIPTION | QTY | UNIT | AMOUNT |
|---|---|---|---|
| DIGITAL COLOR MOUNT - 36X | 1 | 189.00 | 189.00 |

EATON, MCCLELLAN, ET AL
FRANK MCCLELLAN
230 S. BROAD     STREET
SUITE 304
PHILADELPHIA          PA 19102

| | |
|---|---|
| SUB TOTAL | 189.00 |
| TAX | 13.23 |

Claim No.:
  SVINLAND

**BILLING INQUIRIES ONLY:   (215) 246-0900**

EXHIBIT BOARD

| | |
|---|---|
| ============ | |
| **AMOUNT DUE** | 202.23 |



................................. PLEASE DETACH .................................

| Invoice # |
|---|
| 41035001 |
| **Account #** |
| 0079366 |
| **Invoice Date** |
| 06/10/2009 |
| **Amount Due** |
| $     202.23 |
| **Payment Due Date** |
| 07/10/2009 |

# MCS
**The MCS Group, Inc.**
1601 Market Street
Suite 800
Philadelphia, PA 19103



RECEIVED OCT 1 2 2007

Theresa M. Blanco
Eaton and McClellan
230 S. Broad St., 3rd Floor
Philadelphia, PA  19102

Invoice Number         LIT001-2007
Invoice Date           October 8, 2007
Page                   1 of 1

**Reimbursable Expenses**

| | | | | Amount |
|---|---|---|---|---|
| 03/02/2007 | Litigation copies (See attached) | | $ | 720.19 |
| **Invoice Total** | | | $ | 720.19 |

Biller:          Joanna Acevedo          Approved By:     Ivana Waller

We appreciate your prompt payment.
EIN: 75-2441524   Due on Receipt

---- Original message ----
>Date: Tue, 17 Apr 2007 11:20:05 -0400
>From: "Theresa Blanco" <tblanco@comcast.net>
>Subject: Svindland Expenses
>To: <frank@temple.edu>
>
> Frank,
>
>
>
> I have $576.78 total in expenses for Svindland.
> These are for literature and deposition copies from
> Trialsmith, etc. I would expect that there will be
> similar expenses as we get closer to and into
> trial. Can you submit this for payment to the
> financing company, please? Thanks.
>
>
>
>
Frank M. McClellan
Professor of Law
Beasley School of Law of
Temple University
1719 N. Broad Street
Philadelphia, Pa. 19122
215 204-1609 (voice)
215 204-6589 (fax)

Tuesday, April 24, 2007 America Online: EatonMcC

## REQUEST FOR CHECKS/MONEY

Date: 4/12/09

Make Check Payable To: Nemours Foundation

Client Name: Svindland          Code Number: 767

For: (Filing Fees, Med. Recs., Subpoena, Reimb. etc.)

Copies of scans)

Amount: $ 78.91

Date Needed: 4·12·07

Requested By: A Easterling

----------------------------------------------

Check Written By: Annie M. Pompey

Amount of Check/Cash: 78.91

Date Written: 4-12-07

Check No.: 3631

Account No.: (Escrow, Payroll, Expense, Petty Cash, etc. _____

Comments/Memo/Note: _____

I:Money.doc
3/30/94





**McCANN&**
**GESCHKE**
ATTORNEYS AT LAW  a Professional Corporation

RECEIVED OCT 2 6 2007

October 24, 2007

Theresa M. Blanco, Esquire
Eaton & McClellan
230 South Broad Street
3rd Floor
Philadelphia, PA  19102

Re:  Svindland v. Nemours
USDC, ED PA, Civil Action No. 05-CV-0417

Dear Ms. Blanco:

On April 24, 2007, Sara Petrosky forwarded materials to you after an agreement was made to split the cost of production.  The amount due on your part is $686.40.  (See enclosed copy of 4/24/07 letter).   According to our records, no payment has been received.

Would you please check your records to see if they reflect same.  If so, please submit a check in that amount made payable to McCann & Geschke, P.C. at your earliest convenience.

Thank you.

Very truly yours,

*Megan V. Frombach*

Megan V. Frombach
Administrative Assistant

## CONANT

**Business Printing**
**Legal Copying**

# CONANT C.O.D. Tag

42 S. 15th St., Ste 905, Philadelphia, PA 19102
Tel: 215.557.7466  Fax: 215.557.9229

### Client Section, Please Fill Out

FROM:

Name: Donna Bidther    Company

Street: 61 Penn Road

City: Voorhees, NJ    State    Zip: 08043

DATE: 11/4/08

C.O.D. PAYMENT
MUST BE IN
CHECK FORM ONLY

TO:

*Please remove gold copy for your records.*

Name: Eudon & McClellan
Brian E. Appel Esq.

Street: 230 S. Broad St. 3rd fl

City: Phila, PA    State    Zip: 19102

**C.O.D.**
**Amount**

| DOLLARS | CENTS |
|---------|-------|
| $338 | .10 |

Conant Employee Instructions

1. Make sure Client has completely filled out C.O.D. Tag.
2. Remove the pink copy of C.O.D. Tag and staple it to the back of the Conant Job Form.
3. Place the Job Form in the Special C.O.D. folder.
4. Attach the C.O.D. Tag to the customer package.
5. Collect C.O.D. check Payment before giving package to recipient.
6. Leave the yellow copy of the C.O.D. Tag with the package.
7. Return the C.O.D. Check Payment with the white copy of the C.O.D. Tag to Conant Corp.
8. Courier initials upon receipt of check payment

Package received by:  Annie M. Bomphy    Date: 11-12-08    Time: 9:05 AM

4068

| CUSTOMER'S ORDER NO. | | DEPT. | | DATE 5/29/19 | |
|---|---|---|---|---|---|

NAME BRIAN APPEL          (215-875-6000)

ADDRESS 230 S. BROAD St, Phila 19102

| SOLD BY | | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|---|

| QUAN. | | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 1 | ord# 932765 | | 41 | 70 |
| | 2 | | | 26 | 00 |
| | 3 | (7 Sets) | | | |
| | 4 | | | | |
| | 5 | VISA CHARGE | | | |
| | 6 | TRANS# 922 9826 | | | |
| | 7 | | | | |
| | 8 | EXP07/11 | | | |
| | 9 | | | | |
| | 10 | (53 copies) | | | |
| | 11 | | | | |
| | 12 | CUT CARD | | | |
| | 13 | DEBIT | | | |
| | 14 | | | | |
| | 15 | | | | |
| | 16 | | | | |
| | 17 | | | 67 | 70 |
| | 18 | | | | |

REC'D BY  N. Flame

KEEP THIS SLIP FOR REFERENCE

**TOPS.** FORM 4632D ®



FLORIDA DEPARTMENT OF
# HEALTH

Jeb Bush
Governor

John O. Agwunobi, M.D., M.B.A., M.P.H.
Secretary, Department of Health



RECEIVED SEP 1 9 2005

September 16, 2005

Theresa M. Blanco, Esq.
EATON & McCLELLAN
230 S. Broad Street, 3rd
Philadelphia, PA 19102

Dear Ms. Blanco:

We have enclosed the documents in response to your subpoena. The copying fee is
$87.30. Additionally, there is a certification fee of $25.00. We would, therefore,
appreciate your check payable to the Department of Health for a total of $112.30.

Sincerely,

Shirleen Austin
Staff Assistant for
Donna Erlich
Assistant General Counsel

:sa

Enclosures

PAY TO THE ORDER OF

EATON & McCLELLAN
OPERATING ACCOUNT
230 SOUTH BROAD ST, 3RD FL.
PHILADELPHIA, PA 19102

PNCBANK

PNC Bank, N.A. 020
Philadelphia, PA

4130

3-5/310
612

U. S. District Court

Forty Five Hundred Dollars + no/100

DATE 5-26-09

$ 45.00

DOLLARS

FOR Guardband #767-700 per
getting old records

Marie Bradley

⑆003100005⑆: 861353724511⑆ 0041130⑆

**Fees for Filing/Docketing:   $1,055.00**

| Invoice Date | Description | Amount |
|---|---|---|
| 1/31/05 | Filing complaint | 150.00 |
| 6/11/07 | US district court – filing appeal | 455.00 |
| 6/05/09 | US court of appeals – filing mandamus | 450.00 |
| | | **$1,055.00** |



**REQUEST FOR CHECKS/MONEY**

Date: _1-31-05_

Make Check Payable To: _Clerk - U.S. District Court_

Client Name: _Sundland_     Code Number: _#767_

For: (Filing Fees, Med. Recs., Subpoena, Reimb. etc.) _____
_Complaint_

Amount: $ _150.00_

Date Needed: _1-31-05_

Requested By: _Theresa Blanco_

----------------------------------------------------------------

Check Written By: _Annie Pompey_

Amount of Check/Cash: _$150.00_

Date Written: _1-31-05_

Check No.: _2249_

Account No.: (Escrow, Payroll, (Expense,) Petty Cash, etc. _____

Comments/Memo/Note: _____

I:Money.doc
3/30/94

# EATON & MCCLELLAN

——————————————ATTORNEYS AT LAW——————————————

230 SOUTH BROAD STREET
SUITE 304
PHILADELPHIA, PA 19102
MAIN:      (215) 875-0600
FAX:       (215) 875-0617
EMAIL:     EATONMCC@AOL.COM

THERESA M. BLANCO
TBLANCO@COMCAST.NET

DIRECT DIAL: (215) 519-2602

JUNE 11, 2007

Clerk
U.S. District Court for the
Eastern District of Pennsylvania
U.S. Courthouse Room 2609
601 Market Street
Philadelphia PA  19106-1790

RE:   SVINDLAND, ET AL V. NEMOURS, NO. 05-CV-417

Dear Sir or Madam:

Enclosed please find Eaton & McClellan's check No. 3074 in the amount of $455.00 as filing fee for the Appeal in the above captioned matter.

Please contact me if anything else is required at this time.  Thank you.

Sincerely yours,

EATON & McCLELLAN

By:   _____
      Theresa M. Blanco, Esquire

**EATON & McCLELLAN**
**OPERATING ACCOUNT**
230 SOUTH BROAD ST, 3RD FL
PHILADELPHIA, PA 19102

4138

3-5/310
612

DATE  6-5-09

PAY
TO THE
ORDER OF  U S Court of Appeals

Four Hundred Fifty Dollars no $ 450.00
/100                                          DOLLARS

**PNCBANK**
PNC Bank, N.A.  (029)
Philadelphia, PA

FOR  05-5-cv-50617 Writ of Mandamus  Eric Pompey

⑈"004138⑈ ⑈031000053⑈ 86135372451⑈

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) Total: $1,863.00**

| Name & Residence | Attendance Days | Total cost | Subsistence Days | Cost | Total Cost Each witness | Year |
|---|---|---|---|---|---|---|
| Adre J. duPlessis Boston, MA | 1 | 40.00 | 1 | 167.00 | 207.00 | 2007 |
| Robert Hannan, M.D. | 1 | 40.00 | 1 | 167.00 | 207.00 | 2007 |
| Robert Hannan, MD Miami, FL | 1 | 40.00 | 1 | 167.00 | 207.00 | 2009 |
| Harvey Rosen | 1 | 40.00 | 1 | 167.00 | 207.00 | 2007 |
| Harvey Rosen Cleveland, OH | 1 | 40.00 | 1 | 167.00 | 207.00 | 2009 |
| J. Gilbert Stone, M.D. | 1 | 40.00 | 1 | 167.00 | 207.00 | 2007 |
| J. Gilbert Stone, MD New York, NY | 3 | 120.00 | 3 | 501.00 | 621.00 | 2009 |
| **Totals** | | **$360.00** | | **$1,503.00** | **$1,863.00** | |

EXHIBIT C