UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

PAUL SVINDLAND and ALLISON
SVINDLAND, as Parents and Natural
Guardians and Administrators of the
Estate of IAN SVINDLAND, a Minor
Deceased, and PAUL SVINDLAND
and ALLISON SVINDLAND,
Individually and in Their Own Right,
Plaintiffs

v.

THE NEMOURS FOUNDATION and
WILLIAM I. NORWOOD, M.D., PH.D.,
Defendants

No. 2:05-cv-00417-MAM

JURY TRIAL DEMANDED

## ORDER

AND NOW, this _____ day of August, 2009, after consideration of Plaintiffs' Petition for an award of Bill of Costs, it hereby ORDERED that the Defendants shall pay the following total costs: $41,274.43.

The itemization of the taxable costs that make up the total is as follows:

| | |
|---|---|
| Fees for Transcripts: | $29,1989.83 |
| Fees for witnesses | 1,863.00 |
| Fess for exemplification and copies | 5,690.66 |
| Docket fees under 28 U.S.C. 1923 | 1055.40 |
| Other costs | 3,475.54 |

BY THE CLERK:

_____

AO 133  (Rev. 11/08) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

Svindland )
v. ) Case No.: 05-CV-0417
The Nemours Foundation )

## Bill of Costs

Judgment having been entered in the above entitled 06/19/2009 against Defendants
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | |
| Fees for service of summons and subpoena | 29,189.83 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | |
| Fees and disbursements for printing | 1,863.00 |
| Fees for witnesses (itemize on page two) | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | 5,690.66 |
| | 1,055.40 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 3,475.54 |
| Other costs (please itemize) | |
| TOTAL | $ 41,274.43 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____
Name of Attorney: Frank M. McClellan, Esquire
For: Plaintiffs, Paul Svindland, et al           Date: 08/07/2009
Name of Claiming Party

Costs are taxed in the amount of $41,274.53 and included in the judgment.

By: _____
Clerk of Court            Deputy Clerk            Date

AO 133 (Rev. 11/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Dr. Adre J. duPlessis<br>Boston, MA | 1 | 40.00 | 1 | 167.00 | | | $207.00 |
| Dr. Robert Hannan<br>Miami, FL | 2 | 80.00 | 2 | 334.00 | | | $414.00 |
| Dr. Harvey Rosen<br>Cleveland, OH | 2 | 80.00 | 2 | 334.00 | | | $414.00 |
| Dr. J. Gilbert Stone<br>New York, NY | 4 | 160.00 | 4 | 668.00 | | | $828.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $1,863.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) Total: $1,863.00

| Name & Residence | Attendance Days | Total cost | Subsistence Days | Cost | Total Cost Each witness | Year |
|---|---|---|---|---|---|---|
| Adre J. duPlessis<br>Boston, MA | 1 | 40.00 | 1 | 167.00 | 207.00 | 2007 |
| Robert Hannan, M.D. | 1 | 40.00 | 1 | 167.00 | 207.00 | 2007 |
| Robert Hannan, MD<br>Miami, FL | 1 | 40.00 | 1 | 167.00 | 207.00 | 2009 |
| Harvey Rosen | 1 | 40.00 | 1 | 167.00 | 207.00 | 2007 |
| Harvey Rosen<br>Cleveland, OH | 1 | 40.00 | 1 | 167.00 | 207.00 | 2009 |
| J. Gilbert Stone, M.D. | 1 | 40.00 | 1 | 167.00 | 207.00 | 2007 |
| J. Gilbert Stone, MD<br>New York, NY | 3 | 120.00 | 3 | 501.00 | 621.00 | 2009 |
| Totals | | $360.00 | | $1,503.00 | $1,863.00 | |

**Fees for Court Reporter: $29,189.83**

| Invoice Date | Description | Amount |
|---|---|---|
| 6/14/05 | DeCrescenzo video deposition of Dr. Kerins | 2,470.95 |
| 7/21/05 | DeCrescenzo video deposition of Dr. Duncan | 3,772.75 |
| | subtotal | 6,243.70 |
| 1/10/07 | First Services deposition of Allison Svindland | 627.06 |
| 1/10/07 | First Services deposition of Paul Svindland | 351.39 |
| 1/10/07 | First Services deposition of Claude & Geraldine Pachini | 345.95 |
| 3/23/07 | Esquire Deposition Services | 948.40 |
| | subtotal | 2,272.80 |
| 4/17/07 | Aaron Berkowitz deposition of Dr. Mintz | 386.25 |
| 5/03/07 | Aaron Berkowitz deposition of Dr. Zimmerman | 330.00 |
| 4/19/07 | Harvey Krauss deposition transcript of Dr. Zimmerman | 273.75 |
| 5/09/07 | First Service video transcript of Dr. Barnes | 1,189.30 |
| 7/06/07 | Obrien & Levine deposition of Dr. duPlessis | 531.40 |
| | subtotal | 2,710.70 |
| 4/10/07 | James DeCrescenzo transcript of Dr. Barnes | 553.90 |
| 5/17/07 | Trial Technologies video production of trial proceedings | 7,889.27 |
| 9/10/07 | Esquire Depo. Service – transcript of Dr. Hyde | 1,372.80 |
| 12/03/07 | Esquire Depo. Service – transcript of Dr. Hannan | 544.50 |
| | subtotal | 10,360.47 |
| 5/08/08 | Esquire Depo. Service – transcript of Dr. Stone | 354.35 |
| 10/21/08 | Diana Doman Hearing transcript | 23.32 |
| | sub total | 377.67 |
| 3/10/09 | AZRS Rpt. Transcript of Dr. Pollack | 385.20 |
| 3/11/09 | Diana Doman (hearing transcript) | 160.19 |
| | subtotal | 545.39 |
| 6/19/09 | Veritext hearing transcript 5/07/07 – trial transcript 6/6, 10, 11,12,16 | 478.50 |
| 6/22/09 | Bill Heilman Video Service 6/9-6/16/09; 6/15-6/18/09 | 2,700.00 |
| 5/28/09 | Veritext trial transcript Allison 5/4/07 | 111.10 |
| 7/01/09 | Veritext trial transcript | 989.30 |
| 7/01/09 | Veritext trial transcript Svindland cross | 15.40 |
| 7/02/09 | Veritext trial transcript of Dr. Warner | 541.20 |
| 7/02/09 | Veritext trial transcript of Dr. Baffa | 470.80 |
| 7/02/09 | Veritext trial transcript of Dr. Zimmerman | 114.40 |
| 7/02/09 | Veritext trial transcript of Dr. Bailey | 444.40 |
| 7/16/09 | Veritext trial transcript Drs. Norwood & DiSanto | 814.00 |
| | subtotal | 6,679.10 |

Fees and disbursements for printing/copying:  $5,690.66

| Invoice Date | Description | Amount |
|---|---|---|
| 9/29/04 | A.I. DuPont Hosp. for Children (copy) | 15.00 |
| 7/24/06 | McCann & Geshke (copies of records) | 12.25 |
| 8/29/06 | LRP Publications (medical records) | 166.00 |
|  | subtotal | 193.25 |
| 4/24/07 | McCann & Geschke – copying diskettes | 686.40 |
| 1/06/07 | Kline & Specter (copying) | 295.55 |
| 3/22/07 | Scott Memorial Library | 13.00 |
| 4/30/07 | Scott Memorial Library | 7.00 |
| 4/17/07 | reimb Theresa Blanco (copying) | 576.78 |
|  | subtotal | 1,578.73 |
| 4/27/07 | MCS – copying | 344.71 |
| 4/27/07 | MCS – exhibit boards & lamination | 205.44 |
| 5/01/07 | MCS – color exhibit boards | 597.00 |
| 5/04/07 | MCS – exhibit boards | 42.80 |
| 8/20/07 | MCS – velobinds | 96.30 |
|  | subtotal | 1,286.25 |
| 5/02/07 | color exhibit board | 381.60 |
| 6/10/09 | digital color mount | 202.23 |
| 3/02/07 | litigation copies, index tabs, drilling | 720.19 |
| 4/12/07 | Nemours Foundation copies of scans | 78.91 |
| 10/24/07 | reimburse McCann & Geschke (costs of disks and binders) | 686.40 |
| 11/28/08 | Donna Bitner (Conant Legal Copying) | 338.10 |
| 5/29/09 | Brian Appel – reimbursement (copying) | 67.70 |
| 9/16/05 | Florida Dept. of Health | 112.30 |
| 5/26/09 | U.S. District Court – copies of old records | 45.00 |
|  | subtotal | 2,632.43 |

Fees for In-House Costs – Total: $3,475.54

| Year | Copying | Faxes @ | Postage | Totals |
|---|---|---|---|---|
| 2004 | 1.25 | 0 | 0 | $1.25 |
| 2005 | 3.00 | 8.00 | 0 | $11.00 |
| 2006 | 181.40 | 51.25 | 7.83 | 240.48 |
| 2007 | 1,094.70 | 17.25 | 2.16 | 1,114.11 |
| 2008 | 92.40 | 0 | 0 | 92.40 |
| 2009 | 2,016.30 | 0 | 0 | 2,016.30 |
| Totals | $3,389.05 | $76.50 | $9.99 | $3,475.54 |

**Fees for Filing/Docketing:  $1,055.00**

| Invoice Date | Description | Amount |
|---|---|---|
| 1/31/05 | Filing complaint | 150.00 |
| 6/11/07 | US district court – filing appeal | 455.00 |
| 6/05/09 | US court of appeals – filing mandamus | 450.00 |
| | | $1,055.00 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL SVINDLAND, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| THE NEMOURS FOUNDATION, ET AL. | : | NO. 05-0417 |

### AFFIDAVIT OF FRANK M. MCCLELLAN
### IN SUPPORT OF THE BILL OF COSTS

FILED
AUG 12 2009
MICHAEL KUNZ, Clerk
By_____ Dep. Clerk

I, Frank M. McClellan, do hereby swear and aver as follows:

1. I am an attorney who represented the Plaintiffs at trail in the above captioned action that resulted in the entry of judgment in favor of the Plaintiffs against Defendants on June 19, 2009, following the jury trial. The taxable costs for expenses necessarily incurred in litigating this case are set forth in this Petition, with supporting exhibits as follows:

2. The fee for court Reporters is $29,189.83. The itemization for that amount is set forth in Exhibit A. The invoices supporting the itemization for Court Reporters are attached.

3. The fee and disbursements for Copying and Printing is $1,863.00. The itemization for those fess and disbursements is set forth in Exhibit B, with supporting documents.

4. The fee for exemplification and copies of any materials where the copies are necessarily obtained for use in this case is $5,690.66   The itemization for those costs is set forth in Exhibit C with supporting documents

5. The docketing fee is $1,055.40, and is set forth in exhibit D.

6. Other Costs: In-house-copying – total $3,475.54

7. Costs that were incurred but not taxable have been redacted from the exhibits.

8. The total for the Bill of Costs is $41,274.43


I declare that the foregoing and attached documentation are true and correct.


Fmm4796
*[signature]*

Frank M. McClellan, Esquire

## CERTIFICATE OF SERVICE

I, Frank M. McClellan, attorney for Plaintiffs, certify that the original of the attached Bill of Costs was filed electronically with the Court and is available for viewing and downloading from the ECF system on August 10, 2009..

                Eaton & McClellan

                Fmm4796

By: *[signature]*

                Frank M. McClellan

FILED
AUG 12 2009
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk