# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL and ALLISON SVINDLAND, AS PARENTS OF IAN SVINDLAND,    Plaintiffs<br><br>vs.<br><br>THE NEMOURS FOUNDATION, and WILLIAM I. NORWOOD, M.D., PH.D.,    Defendants | :   **CIVIL ACTION NO.**<br>:<br>:   **05 CV 00417**<br>:<br>:<br>:<br>:<br>:<br>: |

## DEFENDANTS' NOTICE OF APPEAL OF FINAL JUDGMENT

TO THE CLERK OF THE DISTRICT COURT:

**NOTICE** is hereby given that Defendants appeal to the United States Court of Appeals for the Third Circuit from the following:

1. Final Judgment of the District Court entered on June 19, 2009 in favor of Plaintiffs;

2. District Court's denial of Defendants' Motion for Directed Verdict (Judgment as a Matter of Law) during trial; and

3. District Court's Order dated July 27, 2009 denying Defendants' Motion for Judgment as a Matter of Law or, Alternatively, for a New Trial.

        Respectfully submitted,

        **McCANN & GESCHKE, P.C.**

**BY:**   slp 3849

        _____
        **RICHARD E. GESCHKE, ESQUIRE**
        **SARA LYNN PETROSKY, ESQUIRE**
        Attorney I.D. Nos.: 36529 and 50316
        1800 J.F. K. Blvd., Suite 801
        Philadelphia, PA 19103
        215-568-1133 (phone)
        215-568-1392 (fax)
        Attorneys for Defendants

Dated: August 20, 2009

## **CERTIFICATE OF SERVICE**

I, Sara Lynn Petrosky, attorney for Defendants, certify that the original of the attached Notice of Appeal was filed electronically with the Court and is available for viewing and downloading from the ECF system on August 20, 2009.

                                              McCann & Geschke, P.C.

                                              SLP3849

By: _____
               Sara Lynn Petrosky