IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL SVINDLAND, et al. | : | CIVIL ACTION |
| v. | : | |
| THE NEMOURS FOUNDATION, et al. | : | NO. 05-417 |

| | | |
|---|---|---|
| ROBERT DADDIO, et al. | : | CIVIL ACTION |
| v. | : | |
| THE A.I. DUPONT HOSPITAL FOR CHILDREN OF THE NEMOURS FOUNDATION, et al. | : | NO. 05-441 |

ORDER

AND NOW, this 21st day of August, 2009, upon consideration of the plaintiffs' motions for recusal filed in the above-captioned cases (Svindland Docket No. 192; Daddio Docket No. 158), and the defendants' oppositions thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that said motions are DENIED.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.