UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

| PAUL and ALLISON SVINDLAND, AS PARENTS OF IAN SVINDLAND, Plaintiffs | : : : | **CIVIL ACTION NO.** **05 CV 00417** |
|---|---|---|
| vs. THE NEMOURS FOUNDATION, and WILLIAM I. NORWOOD, M.D., PH.D., Defendants | : : : : : | |

## NOTICE OF STIPULATION OF DISMISSAL

TO THE CLERK OF THE DISTRICT COURT:

**NOTICE** is hereby given that the parties have filed a Stipulation of Dismissal With Prejudice of Defendants' Appeal to the United States Court of Appeals for the Third Circuit of the Final Judgment and Orders entered by the U.S. District Court for the Eastern District of Pennsylvania. Each party agrees to bear their own costs.

Respectfully submitted,

**McCANN & GESCHKE, P.C.**

BY:   slp 3849
   _____
   **RICHARD E. GESCHKE, ESQUIRE**
   **SARA LYNN PETROSKY, ESQUIRE**
   Attorney I.D. Nos.: 36529 and 50316
   1800 J.F. K. Blvd., Suite 801
   Philadelphia, PA 19103
   215-568-1133 (phone)
   215-568-1392 (fax)
   Attorneys for Defendants

Dated: September 10, 2009

## **CERTIFICATE OF SERVICE**

I, Sara Lynn Petrosky, attorney for Defendants, certify that the original of the attached Notice of Stipulation of Dismissal was filed electronically with the Court and is available for viewing and downloading from the ECF system on September 10, 2009.

                                         McCann & Geschke, P.C.

                                         SLP3849

By:  _____
                                         Sara Lynn Petrosky