# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

09-3471

Paul Svindland, et al v. Nemours Fndtn Inc, et al

2-05-cv-00417

## ORDER

In accordance with the motion by the appellants in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: September 29, 2009

smw/cc:

Brian E. Appel, Esq.
Theresa M. Blanco, Esq.
Aaron J. Freiwald, Esq.
Frank M. McClellan, Esq.
Sara L. Petrosky, Esq.

FILED
SEP 30 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

A True Copy
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.