

**McCANN & GESCHKE**
ATTORNEYS AT LAW  a Professional Corporation

Sara Lynn Petrosky
*petrosky@doclawyers.com*
215.609.1503

January 4, 2010

**VIA ELECTRONIC MAIL**
Ms. Susan L. Renz
Office of the Clerk
United States District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106

Re: <u>Svindland v. The Nemours Foundation, et al.</u>  05-417

Dear Ms. Renz:

I write to confirm that the above-captioned case has been settled in all respects, including resolution of the Bill of Costs. Therefore, the Clerk of the Court need not resolve any issues related to the Bill of Costs.

Thank you for your attention to this matter.

Very truly yours,

Sara Lynn Petrosky

SLP/mkj
203-016
cc:  Brian E. Appel, Esquire (via electronic mail)

1800 John F. Kennedy Blvd., Suite 801 Philadelphia, PA 19103-7406   T 215.568.1133  F 215.568.1392   doclawyers.com