

LAW OFFICE OF BRIAN E. APPEL
7848 Old York Road, Suite 200
Elkins Park, PA 19027



Phone: 215-782-2200
Fax:    215-782-1917
appelesq@comcast.net

December 11, 2009

Michael E. Kunz, Clerk of the Court
U.S. Courthouse, Room 2609
601 Market Street
Philadelphia, PA 19106

Attention: Susan L. Renz

RE:   **Svindland vs DuPont Hospital, Nemours Foundation et al; 05-0417**

Dear Mr. Kunz:

In response to the letters from your office dated December 4, please be advised that this litigation has been settled in full, and that agreement includes the understanding that the bills of costs --- one filed by each side at different times --- will not be pursued --- i.e. each party to bear its own costs.

Kindly mark your records accordingly.

Very truly yours,

/s/ Brian E. Appel

For   BRIAN E. APPEL, ESQUIRE
      EATON AND McCLELLAN
      Attorneys for Plaintiffs

BEA/q
Copies by email to:
   Sara Petrosky, Esquire
   John M. Hudgins, Esquire
   Frank McClellan, Esquire
   Aaron Freiwald, Esquire